



# FILED

MAY - 9 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**United States District Court**

**For the Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| Carpenter & Family, | ) | Case Number 1:17CV-02667 |
| Plaintiffs | ) | |
| | ) | District Judge Gary Feinerman |
| v. | ) | |
| | ) | Jury Trial Demanded $70.000.000 and over |
| City of Chicago, et al, | ) | |
| Defendants. | ) | |

**First Amended Complaint**

I, Trina L. Carpenter & family was forced out of 9320 So, Perry Ave on September 28, 2016 and then on October 17, 2016, anonymous persons called me and informed me that our possessions and vehicles were taken. The City of Chicago Attorney's Linebarger, Goggan, Blair, & Sampson LLP out of nowhere, notified me to come in for a hearing on Jun 11, 2016. The hearing was then continued to August 13, 2016. After I attended that hearing; it was continued to November 18, 2016. before, I attended the hearing on November 18, 2016; I got an unexpected visit by an African-American Sheriff by the name Shunos Star Number 11086 of the Cook County Sheriff's Department on Aug 31, 2016 advising me to seek legal advice for harassment. I, Trina L. Carpenter seek legal advice on September 7, 2016 at CARPLS. I was informed by them that the City of Chicago was going to tear down the property, due to me informing the City of Chicago and its attorneys that I

1



am a Victim of Mortgage Fraud and Identity Theft. Then before my next hearing date on November 18, 2016; Four Non-African American Sheriffs came out of nowhere on September 28, 2016 and forced us out of my property and on October 17, 2016 our possessions and vehicles were taken. I, Trina L. Carpenter seek legal advice at CARPLS and informed them what happened. I remember CARPLS stating to me that this have gone over their limit and I can seek legal advice at other legal assistance agencies to see if I lost possession of the property. Then on November 18, 2016 at the next hearing, which was the last hearing with the City of Chicago and its attorneys. The City of Chicago Attorneys Linebarger, Goggan, Blair, & Sampson LLP played dumb and did not want to hear about me and my family getting forced out of the property or our possessions and vehicles being taken and all of sudden did not consider the preponderance of evidence that proves that I am a Victim of Mortgage Fraud & Identity Theft who receives Social Security Income, as they had previously considered at the previous hearings held Aug 13, 2016 & Jun 11, 2016. I seek legal advice again with CARPLS after the City of Chicago and its attorneys played dumb at the last hearing and refused my evidence. CARPLS advised me that the City of Chicago and its attorneys cannot come after my Social Security Income. Then, CARPLS asked me was I proceeding with a lawsuit. I, stated to CARPLS that I was advised by the US Supreme Court, to proceed with remedies. Then CARPLS stated, if I was proceeding with a lawsuit, not to contact go back to Cook County. I, Trina L. Carpenter contacted the US Supreme Court to proceed with remedies. At first, I could not reach US Supreme Court Case Analysis Melissa Blalock. Then after I could not reach Case Analysis Melissa Blalock, I was not giving up and I finally reach one of the Clerks of the US Supreme Court. I informed her, that I needed her to quickly send me a petition to proceed with remedies as I was advised. At the time, I thought about the case I had against PNC Bank, NA. Which later, turned into more harassment from the City of Chicago and its attorneys Linebarger, Goggan, Blair, & Sampson LLP.

Violation 1: The City of Chicago and its attorneys Linebarger, Goggan, Blair, & Sampson LLP are in violation

under Sec 207 [42 U.S.C.407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count

the home, vehicles, or possessions to satisfy a court proceeding. Based upon Number 1 Violation: The City of

Chicago and its attorneys Linebarger, Goggan, Blair, & Sampson did not follow the same procedures on Nov

18, 2016 as they have previously followed on Aug 13, 2016 and Jun 11, 2016 under Docket Number

16WD02606A. What they have previously followed was based upon notice that I advised in the premises on

Saturday, Jun 11, 2016 of me being on Social Security and that I am a Victim of Mortgage Fraud & Identity

Theft, having considered the motions, evidence and arguments I presented, IT was ordered as granted:

Penalties $0.00, Sanctions(s): Admin Costs $0.00, JUDGEMENT TOTAL: $0.00, Balance Due: $0.00.  Case was

continued to Saturday, Aug 13, 2016, at 9:00am, in Room 102-Central Hearing Facility, 400 W. Superior, for

[  ] service [X] hearing. The hearing on Aug 13, 2016 under Docket Number 16WD02606A was based upon

what was previously followed on Saturday, Jun 11, 2016 of me being on Social Security and that I am a Victim

of Mortgage Fraud & Identity Theft, having considered the motions, evidence and arguments I presented, IT

was ordered as granted: Penalties $0.00, Sanctions(s): CONTI FOR HEARING Admin Costs $0.00, JUDGE

TOTAL: $0.00 Balance Due: $0.00. Case was continued to Friday, Nov 18, 2016, at 9:00am, in Room 111-

Central Hearing Facility, 400 W. Superior, for [  ] service [X] hearing. On Nov 18, 2016, the procedures

changed after the City of Chicago Attorneys Linebarger, Goggan, Blair & Sampson LLP handed me a document

of a deed.  I recalled them suddenly, refusing my evidence which consisted of a Police Report and credit

report which proves that I am a Victim of Mortgage Fraud, and Identity Theft. Which have resulted into my

driver's license being wrongly suspended.  I showed proof that the case had gone to US Supreme Court. I

remember informing the City of Chicago attorney, that I was advised to proceed with remedies. The City of

Chicago Administrative Law Judge Gregory Pleska conspired with Linebarger, Goggan, Blair, & Goggan and

then ruled against the evidence that I presented, and he stated, "The City of Chicago does not get involve

3

Commented [cc1]:

with Criminal Investigation." Then Pleska gave me an order to pay Penalties $422.73 & $321.96, Sanctions(s):

Restitution to City or cost of recovery $350.00 TOTAL JUDGEMENT AMOUNT INCLUDES ATTORNEY'S FEES OF

$350.00. Admin Costs: $25.00 JUDGEMENT TOTAL: $769.69 plus $350.00 Restitution Balance Due: $1,119.69

as it further stated, "Respondent is ordered to come into immediate compliance with any/all outstanding

Code violations." After this, I was not aware why the City of Chicago Attorneys Linebarger, Goggan, Blair, &

Sampson changed after the first two hearings that were previously held in which they previously admitted

that the City of Chicago cannot count my Social Security Income to satisfy a debt. After this incident, I, Trina

L. Carpenter called the US Supreme Court to speak to Case Analysis Melissa Blalock and I could not reach her

on Nov 18, 2016. I, Trina L. Carpenter recall leaving her a message to inform her that there was a problem in

the City of Chicago. Some way however, the US Supreme Court sent me a petition form so that I can serve

the City of Chicago and its Attorneys with evidence. The City Attorneys Linebarger, Goggan, Blair, & Sampson

LLP were last served on February 9, 2017 with a corrected petition from the US Supreme Court. They were

originally served with a petition on Dec 19, 2016. After I served the City of Chicago Attorneys; a Camera

Violation Review Notice came in the mail dated 01/06/17 Notice Number: 5038154370. It states, "THIS IS

NOT A BILL" with a Response Deadline: 02/05/17. I, Trina L. Carpenter responded on Jan 20, 2017 hoping that

the City of Chicago and its attorneys will stop harassing me. I Trina L. Carpenter received a strange phone call

asking me did I, want to sign up for a City Tax Rebate? I responded no and hanged up the telephone. I have

been receiving so much phone harassment and I just do not know who all are behind all this. However, if the

City of Chicago and their attorneys are behind any of the phone harassment that is Number Violation 2:

Under 47 U.S. Code §223- Obscene or Harassing telephone calls which is 50,000 for each violation. I, Trina L.

Carpenter & family have been harassed by phone and by mail since the Mortgage Case with PNC Bank NA.

Number 3 Violation: The City of Chicago Attorneys Linebarger, Goggan, Blair & Sampson, LLP are in Violation

4

under 18 U.S. Code §876 Mail Threatening Communications by mailing my daughter some harassing mail dated March 21, 2017 Reference number 24725245 titled:

USE YOUR YAX REFUND TO PAY YOUR PARKING TICKETS

It states that A legal action being filed against you, Garnish of your wages, Booting and towing of your vehicle, Suspension of your driver's License and suspension of your business license with the city of Chicago if a debt of 3,643.29 is not paid. According to this evidence; I, Trina L. Carpenter believe that the City of Chicago and its Attorneys Linebarger, Goggan Blair & Sampson, LLP were involved with my license being wrongly suspended, which is Number 4 Violation: Under 18 U.S. Code § 922-of unlawful wrongful suspension of driver's license. I, Trina L. Carpenter was born and raised in the City of Chicago and I never experience nothing like this until after I became a Victim of Mortgage Fraud and Identity Theft, which I have reported numerous of times throughout the court system with a preponderance of evidence. I feel that the more evidence I show, the more me and my family get harassed. I have discovered more in accordance to a piece of evidence that the City of Chicago sent by mail harassing my daughter; in which they are in Number 5 Violation: Under the 18 U.S. Code § 924-Penalties for wrongful suspending license to satisfy court proceeding and penalties. The City of Chicago Department of Law is in Number 6 Violation: Under 18 U.S. Code § 876 Mail Threatening Communications by sending my son Notice 5197146780 dated March 3, 2017 stating that he owes $834.40 and threatened to garnish his wages, bank accounts, and threaten to file a lien against his property, and notify the credit bureaus. My son and I are Victims of Identity Theft and Mortgage Fraud and we both have had Seven-Year Extended Fraud Alerts since 2015. Also; we both have Memberships with Experian Protect My Id. If the City of Chicago is behind this fraudulent crime of Identity Theft that was performed against me and my 2 kids; then these are Violation Numbers 7, 8, and 9 for performing this against each one of us Under 18 U.S.§ Code 1028-fraud and related activity about identification documents,

5

authentication, features, and in information. My daughter identification was tampered. Based upon this, the

three credit bureaus Equifax, Experian, and Transunion, have extended her with three Seven-Year Fraud

Alerts dated February 3, 2017. Number 10 Violation: Under 28 U.S. C. § 1746 the City of Chicago Attorney's

Linebarger, Goggan, Blair, & Sampson conspired against my rights that I executed within the United States,

its territories, possessions, or commonwealths under US Commerce Case Number 15-0910 by demanding me

to pay a water bill after I clarified that I am a Victim of Mortgage Fraud and Identity Theft. Number 11

Violation: If the City of Chicago and its attorneys were involved with our possessions and our vehicles being

taken then they are in violation under 18 U.S Code Chapter 31 Embezzlement and Theft. Number 12

Violation: The City of Chicago and its attorneys Linebarger, Goggan, Blair, & Sampson LLP is in violation

under 10 U.S. Code § 921 Rule 121. Larceny and Wrongful Appropriation for not following the appropriate

procedures. Based upon this; I, Trina L. Carpenter was originally advised on November 18, 2016 by the three

credit bureaus if the City of Chicago state that my family and I owe them any money, they will be in big

trouble. I, Trina L. Carpenter & Family would like to be compensated and relieved from Unfair and Deceptive

Business Practices. The Mortgage Case was reported to the US Supreme Court, US Commerce under

Complaint Number 15-0910, NHTSA Reference 10683088, FBI, CFPB, and the three credit bureaus

TransUnion, Experian, Equifax and the United States Postal Inspection Service(USPIS). I reported this case to

the IRS (Internal Revenue Services) and followed up with them on May 2, 2017. The federal question that I

raise involves federal provision. Why did the City of Chicago and its attorneys notify me to come in for three

hearings if they were not going to get involve with following the correct procedures thoroughly? I, Trina L.

Carpenter have spoken to the FBI (9034) numerous times and I have an Updated Police Report. I was advised

by the US Supreme Court to proceed with remedies. I pray that the court system deems what is appropriate

as I, Trina L. Carpenter & Family accept the will of the Greatest, the Best, and Everlasting within my civil rights

as a Consumer.

Defendant

PNC BANK, NA

*and its attorneys Clark Hill PLC*

PNC Bank, NA and its attorneys Clark Hill PLC have done and have caused many violations against me and my family under Sec 207 [42 U.S.C. 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy a court proceeding. PNC Bank, NA and its attorneys Clark Hill PLC Number 1 Violation: Mortgage Fraud against me and my family. Number 2 Violation: PNC, Bank NA and its attorneys strongly were already in violation under 18 U.S. Code chapters 47 for constantly committing fraud and false statements against me and my family members due to a mortgage case litigation. Constantly sending fraudulently documents to us through the mail. As the mortgage case litigation flourished throughout the court system between I, Trina L. Carpenter and PNC Bank, NA, me and my family were being constantly harassed with various incidents of unfair and deceptive business practices that have gone over the limit. On the morning of September 28, 2016; I, Trina L. Carpenter and my family were forced out of property address 9320 South Perry Ave. Chicago, Illinois under false pretenses that PNC Bank, NA made against me and my family stating that the property was foreclosed when it was not foreclosed. On October 17, 2016 at 1:07pm PNC Bank, NA had our possessions stolen out of my property and had me and my brother's vehicles towed under false pretenses that the property is foreclosed. I am sure that PNC Bank, NA was aware that the property was not foreclosed. PNC Bank, NA and its attorneys Clark Hill PLC Number 3 Violation: Constantly invading me and my children's, and other family member's privacy. This violation code is under the 5 U.S.C. Privacy Laws in which PNC Bank, NA and its attorneys are in violation under the federal law for discussing me and my family and my kids with other entities concerning any allegations, complaints, etc. that have been

7

docketed or referenced under private federal bodies. An example of this action is based upon, a piece of evidence I received from PNC Bank, NA and its attorneys dated January 20, 2017 in response to a complaint that I, Trina L. Carpenter filed against PNC Bank, NA with the Consumer Financial Protection Bureau(CFPB) under complaint Number 161220-000477. In response to this complaint; PNC Bank, NA and its attorneys made many false statements against me stating that "the borrower provides no detail as what PNC supposedly did or did not do that amounts "false pretenses" but merely claims that she has been unfairly harassed and retaliated against PNC through the mail in relation to the mortgage fraud case and that the United States Postal Inspection has an open investigation." Then PNC Bank, NA and its attorneys contradicted themselves by stating "this is the fifth, separate complaint filed by its former Borrower, Trina Carpenter with the CFPB claiming that she was defrauded regarding a mortgage loan (the "Mortgage"), pertaining to certain real property located at 9320 S. Perry Ave., Chicago IL 60620 (the "Property")." I, Trina L. Carpenter clarified with the CFPB on January 31, 2017 that PNC Bank, NA made false statements in the response to the complaint with CFPB dated on January 20, 2017 stating that this is the "fifth complaint with CFPB." I Trina L. Carpenter clarified with CFPB that this is the third complaint against PNC Bank, NA and its attorneys not the fifth complaint against PNC Bank, NA and its attorneys. PNC Bank, NA and its attorneys continuously made statements under false pretenses to the CFPB throughout their response of Complaint Number 161220-000477 that I filed against them. I, Trina L. Carpenter clearly gave many details to the CFPB with evidence of what PNC Bank, NA has done under false pretenses. PNC Bank, NA has caused so much conspiracy against me and my family by the City of Chicago and with entities such as Metro Ford Dealership and GM Financial. PNC Bank, NA and its attorneys; mentioned something in their response to CFPB about deceptive practices by Metro Ford Dealership and GM Financial involving with my driver's license being wrongly suspended, identity theft, and various incidents involving my children. PNC Bank, NA and its

8

attorney's states "these statements do not involve PNC and as such are not addressed." These statements raise a federal question. My federal question is if PNC Bank, NA and its attorneys were not involved in this matter then how did PNC Bank, NA and its attorneys know so much about allegations of deceptive practices being performed against me and my family by Metro Ford Dealership and GM Financial? Why did PNC Bank, NA and its attorneys discussed other matters complained of that included allegations of deceptive practices by Metro Ford Dealership and GM Financial, about my driver's license being wrongly suspended, identity theft, and various incidents involving my children if these statements do not involve PNC? PNC Bank, NA and its attorneys mentioned about other matters complained of which included allegations with other entities. PNC Bank, NA and its attorney's plays a great part in the criminal acts of conspiracy since they knowingly mentioned about other matters complained of including allegations of deceptive practices. PNC Bank, NA has gone over the brink with conspiring with others in various criminal acts that are now outnumbered. As I stated in the beginning; PNC Bank, NA Number 1 Violation: Committing Mortgage Fraud against my family including violating an American with Disabilities under Sec 207 [42 U.S.C.407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy a court proceeding. Number 2 Violation: PNC, Bank NA and its attorneys strongly were already in violation under 18 U.S. Code chapters 47 for constantly committing fraud and false statements against me and my family members due to a mortgage case litigation. Number 3 Violation: PNC Bank, NA and its attorneys Clark Hill PLC is constantly invading me and my children's, and family member's privacy under the 5 U.S.C. Privacy Laws. Number 4 Violation: PNC Bank NA violating us strongly under the 15 USC §45 unfair and deceptive acts of practices. Number 5 violation: PNC Bank, NA is involving with performing identity theft against me under U.S. § Code 1028-fraud and related activity about identification documents, authentication, features, and in information. Number 6 violation: Under 18 U.S. § Code 1028-fraud and related activity about identification

9

documents, authentication, features, and in information against my son. Number 7 Violation: tampered with my daughter's identity under18 U.S. § Code 1028-fraud and related activity about identification documents, authentication, features, and in information. Number 8 Violation: causing my license to be wrongly suspended under the 18 U.S. Code § 924-Penalties to satisfy court proceeding and penalties. Number 9 Violation: under 18 U.S. Code § 876 Mail Threatening Communications and causing others to threaten me and my family by mail. Number 10 Violation:   Causing Phone Threats from foreign countries 18 U.S. Code§875 interstate communications. Number 11 Violation: Causing and performing acts of extortion and threats from organizations, officers, and entities etc. under 18 U.S. Code Chapter 41. Number 12 Violation: Inquiring about me and my family's personal possessions under 15 U.S. Code § 1681a. Number 13 Violation: Defaming me and my family under 28 U.S. Code § 4101.  Number 14 Violation: 18 U.S. Code Chapter 31 Embezzlement and Theft by causing me and my family members possessions and vehicles to be taken. Number 15 Violation: 10 U.S.C. § 921 Causing Larceny and Wrongful Appropriation against me and my family members. Number16 Violation: Under 15 U.S.C Section 1692(a) involved in statutory schemes with entities and utility companies by causing utility companies to charge me for debts that I have disputed since I am a victim of identity theft and Mortgage Fraud and is an American with Disability. Number 17 Violation: Under 15 U.S.C Section 1692(a) involved in statutory schemes with entities which caused them not to following procedures.  Under Rule 142 Judicial Remedies and Penalties for violation the Privacy Act specifically provides civil remedies, 5 U.S.C Sec. 552a(g) including damages, and criminal penalties, 5 U.S.C. sec.552a1 for violations of acts.  The Number 18 violation: Discrimination under 42 US Code § 3631 based on race, disability status, gender etc. PNC Bank, NA enacted against me based on me being an African American woman on disability. PNC Bank, NA and its attorneys have caused so many violations under Rule 142 Judicial Remedies and Penalties for violation of the Privacy Act and under Rule 141 Privacy Act Relation to Civil and

Criminal Discovery.  Number 19 Violation: PNC Bank, NA is in violation under the IRS Law for affecting my Federal Tax Records in which I have Form 14039 to prove this.  Number 20 Violation PNC Bank, NA is in violation under U.S Code § 7206 for having a false IRS Tax Document sent to me with the lender's name as Fannie Mae.  Number 20 violation: PNC Bank, NA is in violation under NHTSA Reference 10683088 under the Privacy Act of 1974-Public Law 93-579 See 49 FR 53071 (Sep. 3, 2004) for violating the NHTSA Privacy Law. Number 21 violation: PNC Bank, NA is in violation under Rule 4 Title 49 chapter 301 for initiated me my brother's vehicle to be towed in which my vehicle was under NHTSA. Number 22 violation: PNC Bank, NA is in violation under 42 U.S. Code §1437f for causing me not to be relocated under the federal law. Number 23 violation: PNC Bank, NA is in violation under U. S. C. 8013 (b) (1) for causing me and my family not to receiving a rental voucher for relocation of Victims of Crime. Number 24 violation: PNC Bank, NA is in violation under 18 US Code § 3663A for defaming us causing us to be denied restitution to victims of certain crimes. PNC Bank, NA and its attorneys have involved so many others with their criminal acts of deceptive practices against me and my family which has injured us to the extreme and which caused us emotional stress, caused emotional harm, caused me being under constant doctor's care, caused my son to be wrongly arrested in 2013, caused wrongful charges from debt collectors, and have caused entities to not proceed correctly under the federal law.  Number 25 Violation: PNC Bank, NA is in violation under the United States Commerce Complaint Number 15-0910 28 U.S.C. 1746 for causing others to conspire against what I executed within the United States, its territories, possessions, and commonwealths I, Trina L. Carpenter reported that I receive Social Security Income and I am a Victim of Identity Theft and Mortgage Fraud.  I feel that I was denied equal protection and my privacy rights were violated under 5 U.S.C. 552 causing utility companies to wrongfully accommodate me appropriately and not following through correctly with their procedures due to PNC Bank, NA defaming me and my family.  I feel that PNC Bank, NA have caused Metro Ford, McCarthy

Ford, the Ford Manufacturer, Ford Motor Credit Company and GM Financial to not follow through with their procedures of replacing my vehicle under the National Highway Traffic Safety Administration due to PNC Bank, NA defaming me and my family members, forcing us out of our home, and having our possessions and vehicles taken. My daughter was violated under the Family Medical Leave Act (FMLA) in 2016 and I reported this to the US Supreme Court, the CFPB, and the three credit bureaus. According to that investigation by the three credit bureaus TransUnion advised me to fax her documents in so that she will be compensated under CFPB just in case PNC Bank, NA was involved with her being violated under this act. Lastly; I, Trina L. Carpenter have been investigating with the three credit bureaus Experian, Equifax, and Transunion about a vehicle that was taken from my daughter that I Trina L. Carpenter co-signed for in 2012 while we were disputing it due to serious mechanical issues in 2013. I, Trina L. Carpenter remembered PNC Bank, NA inquiring to me about the vehicle in 2013. Which PNC Bank, NA had no business inquiring about any of our personal possessions with other entities. After PNC Bank, NA inquired about the vehicle it was taken.  PNC Bank, NA has gone extremely over the limit with violating me and my family. Number 26 Violation: PNC Bank, NA is in violation under 15 U.S.C § 1681a for inquiring about our possessions with other entities. I, Trina L. Carpenter desire for this case to be LIVE in Chicago for all what PNC Bank, NA has done against me and my family. I, pray that all this be published under 5 U.S.C 552 so that me and my family can be totally relieved from unfair and deceptive business practices caused by PNC Bank, NA. I, Trina L. Carpenter do not want to hear from PNC Bank, NA again by mail, telephone, etc.  Again, I have no reason to communicate with PNC Bank, NA and its attorneys outside of the court. I, Trina L. Carpenter had spoken to the Police Department and the FBI (9034) several times about the incidents that PNC Bank, NA and its attorneys had performed against me and my family and I was advised that I have the right to sue for Deceptive Practice and Financial Identity Theft that has gone over the limit for any amount that I choose. I have proved to the police

department that PNC Bank, NA is deleted off all three of my credit reports with seven-year fraud alerts. Also,
I found out on October 26, 2016 from the Owner of One Stop Towing named George Scott at 10:54am to
10:58am that PNC Bank, NA had stated to them that my property was foreclosed which was a false
statement. Due to this, PNC Bank, NA authorized One Stop Towing Company to take me and my brother's
vehicles off the premises of 9320 So. Perry Ave Chicago, Illinois 60620. Please; I am strongly asking the
courts to deem what is appropriate to the maximum against PNC Bank, NA for all of us to be totally relieved
from harassment. This case was reported and followed up with the IRS on May 2, 2017. I, Trina L. Carpenter
accept the will of the Greatest, the Best, and Everlasting within my civil rights as a consumer.

Defendant

Marvin Pinkney

*Metro Ford General Manager*

Under Sec 207 [42 U.S.C.407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count
the home, vehicles, or possessions to satisfy a court proceeding I, Trina L. Carpenter & family civil rights were
violated. For what turned out to being an act of Unfair and Deceptive Practice, Metro Ford Dealership
originally contacted me by mail dated August 12, 2016 of a Ford Freedom Sales Event. The mail notice, reads
like this: "From: Marvin Pinkney To: Raul Campos <raulc.@metroford.com> Subject: Trina's Carpenter's 2003
Ford Taurus! This message is high priority. Raul, Please immediately contact Trina regarding their possible
ownership of a 2003 Ford Taurus. This is one of the high demand vehicles we discussed in our meeting, and
we have several requests for this model right now. If Trina owns this vehicle, let see if they would consider
trading it in or even selling it to us outright. I just checked and the excellent value stated by Kelley Blue Book®
for a 2003 Ford Taurus is $1,515.00*. I am willing to pay top dollar for it. If Trina is interested, we'll need to
buy the Taurus back by August 31st before the value drops. Let them know that this is the best time to get

13

most money for this vehicle.  Marvin Pinkney General Manager Our General Manager really wants your
vehicle. Please call me @ 773-897-5994-Raul."   The address on the notice is listed as 6455 S. Western
Avenue Chicago, IL 60636   773-897-5994 www.emetroford.com.  Thus, the envelope of this notice has a
different addressed which is 1105 Remington Road Schaumburg, IL. 60173. At the bottom of the notice it had
small print writing that reads "Notice to recipient: This email and any information attached or associated
with this correspondence is for strict and elusive use of Metro Ford, its affiliates and clients and in no way,
may be used altered or copied in any way without the express written permission of Metro Ford. *All trade
vehicles subject to physical appraisal evaluation. Deductions made for excess mileage, damage and
reconditioning. ©Kelley Blue Book Co., Inc. All Rights Reserved. Vehicle valuations are opinions and may vary
from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle
condition or other circumstances pertinent to this vehicle or the transaction or the parties to the transaction.
This pricing is intended for the use of the individual generating this pricing only and shall not be sold or
transmitted to another party. Kelley Blue assumes no responsibility for errors or omissions. It reads at the
very bottom M086.8004 ©Aronson Advertising, Inc. All Rights Reserved (847)297-1700. Neither Aronson
advertising nor the dealership listed is responsible for typographical, printing or production errors or late
delivery of this mailer by the U.S. Postal Service #11772." After I, Trina L. Carpenter read this notice
thoroughly I called Metro Ford at phone number773-897-5994 and I asked to speak to Raul Campos. I
remembered someone else answering the telephone and stated that Raul Campos was busy with customers
and if it is something that they can help me with? I answered that I received a notice about a Freedom Sales
Event and I was wondering what reason I was sent this notice. I also remembered addressing to this person
that my vehicle was reported under the National Highway Traffic Safety Administration (NHTSA) for a recall,
replacement etc.  After I addressed this, the person stated that they will have Raul Campos to call me back

14

and they ask me what will be a good contact number that he can call me back on. I remembered giving this

person my cell number for Raul Campos to call me back. Somehow, I remembered Raul Campos called me

back from (773)776-7600 and I spoke to him and addressed to him that my vehicle was under the NHTSA for

a recall, replacement, or etc. and he stated that he is just a Sales Manager and he does not work in that

department for any recalls, replacement etc. in relation to NHTSA. He stated that Kevin Holve is over that

department that deals with recalls or replacements under NHTSA. I recall Raul Campos somehow had me to

speaking to a Kevin Holve at (773)912-3955. From there on, I was advised by Kevin Holve to come in to Metro

Ford Dealership to see if my recall was listed on their data base; which I discovered later that this data base

was known as an Online Automated Service Information System (OASIS). I told Kevin Holve that I will come in

to see was my vehicle reported on their database. Kevin Holve stated that I can come in any time before

August 31, of 2016. Something guided my mind not to make an appointment with Kevin Holve thus instead

to walk in the Metro Ford Dealership before August 31, 2016. I, Trina L, Carpenter remembered telling Kevin

Holve that I will be there by Wednesday but I did not give Kevin Holve an exact time that I will be there. Also,

I did not want to come there by myself, since I felt something strange was going on. The reason I felt this way

based on the bad experiences that I had with McCarthy Ford whom I originally purchased the vehicle from. I

was wondering who put Metro Ford up to contacting me suddenly. Somehow, I took a friend with me to

Metro Ford on Wednesday; August 17, 2016.  On that day; I met Raul Campos the Sales Manager and he

asked me was I there to purchase a vehicle. I replied no. I stated to him that I have a recall under the NHTSA

and I have all my evidence with me and I needed to speak to Kevin Holve. Afterwards, Raul Campos directed

me to the back of the dealership to meet with Kelvin Holve. Thus, I went back there and I met Kevin Holve

and I told him who I was and what was I there for. Kevin Holve first asked me did I bring the vehicle and I

answered no. I stated to him that I was not required to bring the vehicle there, under my expense as the

consumer; since the vehicle is reported to NHTSA. However; Kevin Holve asked me for my evidence. I, Trina

L. Carpenter showed Kevin Holve all my evidence. Afterwards Kevin Holve looked on the Dealership's

database known as an OASIS to see was my vehicle listed under any recall. Kevin Holve compared my

evidence with the information on the OASIS and stated to me that my evidence did not match up with the

data on the OASIS. Kevin Holve showed this to me as he moved on to printing me a copy of this OASIS

Report. I stated to Kevin Holve that something is not right if my evidence did not match up with the OASIS

Report. After that Kevin Holve told me that he cannot help me get through this procedure any further. I

asked him then why was I deceived to come in for a Freedom Sales Event? Then he answered that I will need

to get back in touch with the people who are listed on my evidence of the Recall to following through with

the procedures. Thus, I, Trina L. Carpenter recalled telling Kevin Holve that my vehicle was not purchased

from this dealership. I asked him who referred this dealership to me. He consistently advised me just to get

back in touch with some people who are listed on my evidence and I asked him what people since, I had an

abundance of evidence. He stated to me under his breath, that I recalled was something about the one who

administrates the procedures. i stated to him that I will just get back in touch with a trusted source and show

a copy of this evidence of an OASIS Report you gave me. From there on, I got back in touch with the CFPB,

based upon the complaint I filed against GM Financial in the month of July 2016. I received a response to

that complaint dated July 13, 2016. The reason I listed the General Manager Marvin Pinkney as a defendant

on this CIVIL DOCKET FOR CASE Number 1:17-cv-02667 based upon all the evidence of all the mail notices

that I received dated August 12, 2016, September 16, 2016, January 20, 2017 and a notice of an offer that

ends March 31, 2017. I, Trina L. Carpenter somehow did a second pop up visit to Metro Ford Dealership with

a friend sometime before August 31, 2016 before the Ford Freedom Sales Event Ended. On that pop up visit,

General Manager Marvin Pinkney was there. I asked to speak to General Manager Marvin Pinkney and I as

16

far I remembered me and my friend who I brought as a witness was asked to sit down at General Manager

Marvin Pinkney's desk. General Manager Marvin Pinkney of Metro Ford Dealership came and sat at his desk,

and I remembered asking him what was going on with my recall under the NHTSA. Marvin Pinkney stated to

me that he does not know what was going on with the recall and he went on and asked me was I there to

purchase a vehicle. I, Trina L. Carpenter stated to Marvin Pinkney that I am not required to pay for a vehicle

that is under a recall. Then, Marvin Pinkney asked me did I bring the vehicle in with me and I answered no.

Then I stated since the vehicle was under a recall, I first needed to know what was going on with my recall

under the NHTSA. General Manager Marvin Pinkney then stated that I needed to bring the vehicle in first so

that he can see what was wrong with it. I, Trina L. Carpenter stated to General Manager Marvin Pinkney, that

I am not required to tow the vehicle in at my expense as the consumer. Then General Manager Marvin

Pinkney stated that he was going to the back to check on my recall. I remembered General Manager Marvin

Pinkney coming back to inform me that my vehicle was not listed under the Ford Manufacturer for a recall.

Then I stated to him that I am a victim of all this fraud, and I have evidence. He asked me after I informed to

him that I was a victim of all this fraud; how was the vehicle going to be paid for if the recall was not showing.

I, Trina L. Carpenter stated to him that due to me being a victim of identity theft that I am not allowed to let

anyone run my credit. I asked General Manager Marvin Pinkney did he want to see my evidence to prove

that I am a victim of Identity theft. He answered no and he advised to me to get my case of Identity Theft

together first and then come back to see him after all that is resolved with the courts. I Trina L. Carpenter

stated to General Manager Marvin Pinkney that I was going to find out what was going on and whoever is

involved with all this fraud against me is going to federal prison. After that I stated this to General Manager

Marvin Pinkney, he left his desk quickly and went to the back and left me and my friend sitting there. Then I

asked one of the other employees at Metro Ford why did Marvin Pinkney leave me and my friend at his desk

17

if he supposed to be a General Manager at Metro Ford? The person answered that he did not know what was going on. I stated to the employee that General Manager Marvin Pinkney is not conducting his self as a manager at all. Afterwards, me and my friend got up and left the Metro Ford Dealership. I stated to my friend that I will not come back to this dealership again. I, Trina L. Carpenter recall following up with CFPB and the FTC and reporting the experience that I had there. I remembered the FTC asking me on August 30, 2016 did I want to still do business with the Ford Manufacturer. I remembered answering to the FTC that I will do business with them only is they show themselves as being honest. During this time, further investigation was going on due to me following up with the CFPB and the FTC. After that I received another notice from Marvin Pinkney dated September 16, 2016. I remembered speaking to Raul Campos and he stated that he will take care of me and to come back in to the Metro Ford Dealership. I remembered telling Mr. Campos about the bad experience that I had with Marvin Pinkney in I stated to him that this was an antitrust situation and I did not contact the Metro Ford Dealership again. After I received the notice dated September 16, 2016 from the Metro Ford Dealership less than two weeks later of the date on the notice I, Trina L. Carpenter was forced out of my home on September 28, 2016 and on October 17, 2016 according to anonymous neighbors my possessions and me and my brother's vehicles were stolen. This was very suspicious of me being forced  out of my home after that bad experience with the Metro Ford Dealership. I recall the sheriffs who forced me out advising to me that it was not safe to be at this residence any longer. Based upon this, I feel that many were involved with me being forced out of my home and then later me and my family's possessions being taken. Based upon the evidence that I received from General Manager Marvin Pinkney of Metro Ford Dealership dated August 12, 2016 and September 16, 2016 he had a meeting with some other persons discussing my 2003 Ford Taurus that was reported to NHTSA. According, to the NHTSA Vehicle's Owner's Questionnaire it states that "The information you provide will be used to identify potential safety-related defects. We share

18

your information with the applicable vehicle manufacturer during an investigation or recall in accordance with the routine uses described in the agency's Privacy Act notice. See 49 FR 53971 (Sep. 3, 2004)." On the bottom of the Vehicle's Owner's Questionnaire it states "The Privacy Act of 1974-Public Law 93-579. This information is requested pursuant to authority vested in the National Highway Traffic Safety Act and subsequent amendments. You are under no obligation to respond this questionnaire. Your response may be used to assist the NHTSA in determining whether a Manufacturer should take appropriate action to correct defect. If the NHTSA proceeds with administrative enforcement or litigation against a manufacturer your response, or a statistical summary thereof, may be used in support of the agency's action." Under Rule 4Title 49, Chapter 301 it states, "If a safety defect is discovered, the manufacturer most notify NHTSA as well as The United States Code for Motor Vehicle Safety (Title49 Chapter 301) under the law, if a vehicle recall has been initiated, consumers are entitled to remedies at no cost to the consumer." Based upon this I feel that somehow the privacy law was violated causing my recall not ever being initiated. According to the FMC360 Message there has been an FMC360 case for my vehicle in the past 180 days before August 17, 2016 but for some reason there was no appropriate action taken to move the case forward to be initiated between the manufacturer and NHTSA. I am not aware if NHTSA ever proceeded with administrative enforcement or litigation against the manufacturer. I, Trina L Carpenter did send NHTSA a lengthy report dated January 9, 2017 informing them with evidence that me and my brother's vehicles were taken under false pretenses by PNC Bank, NA stating that it was a foreclosure on my property when it was not. After I have informed NHTSA of the experience that I had with the Metro Ford Dealership; I, Trina L. Carpenter received mail again from General Manager Marvin Pinkney dated January 20, 2017 and I received mail from PNC Bank, NA and its attorneys Clark Hill of the same date as January 20, 2017. I, Trina L. Carpenter last heard from NHTSA's Chief Randy Reid on February 9, 2017 by telephone and he identified this action performed against me and my

19

family as a "Financial Crime." I asked him was he going to punish Metro Ford Dealership for this crime. Chief Randy Reid stated that NHTSA do not get involve with investigating Financial Crimes. He asked me did I still want to do business with the Metro Ford Dealership. I responded no. He advised to me to contact the Better Business Bureau (BBB) to file a complaint and to contact the FTC to let them know that I do not want to do any business with the Metro Ford Dealership. I filed a complaint with the BBB against Metro Ford Dealership on-line that same day that I spoke to Randy Reid. I was assigned to Number 11984062 under the BBB. I spoke to a young lady named Lily the next day and should advised to me that the BBB does not get involve with investigations that has gone over the limit of their jurisdiction. Lily stated that NHTSA Chief Randy Reid should not have ever referred me to them if my case has gone beyond the jurisdiction of the Better Business Bureau. I, Trina L. Carpenter contacted the Federal Trade Commission and spoke to someone name Alejandra on February 10, 2017 and I stated to her that I do not want to do anymore business with the Metro Ford Dealership and with the Ford Manufacturer ever. Based on the evidence; the Number 1 Violation: General Manager Marvin Pinkney violated is under the U.S. Under Sec 207 [42 U.S.C.407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy a court proceeding. According to the OASIS Report given to me by Kelvin Holve of Metro Ford Dealership; General Manager Marvin Pinkney let someone meet with him to discuss my vehicle and he let this unknown person influence him to getting involve with a vehicle that had a pending FMC360 case and which there was a pending FMC360 case for this vehicle in the past 180 days before the date of the OASIS Report dated August 17, 2016.The vehicle was not purchased from Metro Ford Dealership it was purchased at McCarthy Ford Dealership Number 2 Violation: General Manager Marvin Pinkney violated my privacy rights under the Privacy Act notice. See 49 FR 53971 (Sep. 3, 2004) and Number 3 violation: if he was discussing my vehicle with anyone who is not permissible under Rule 4 Title 49 chapter 301 under the United States Code for

20

Motor Vehicle Safety. Number 4 violation: Marvin Pinkney was in violation under 15 U.S. Code § 1681a for inquiring to me about a vehicle that I did not purchase from his dealership. Number 5 violation: Marvin Pinkney is in violation for stalking me by the mail under18 US.C§922 Unlawful Acts. General Manager Marvin Pinkney sent me 3 more pieces of mail for the intent to do something unlawful so this equals to violation Number 8 violation: General Manager Marvin Pinkney is under 18 U.S.C.§922 Unlawful Acts. Number 9 violation: General Manager Marvin Pinkney is in violation under 15 U.S. Code 45 for unfair methods of competition unlawful deceptive by commission. Number 10 violation: General Manager Marvin Pinkney send me some mail with error and omission under 19 U.S. Code § 1592-penalties for fraud, gross negligence and Number 11 Violation: General Manager Marvin Pinkney is in violation under 15 U.S. Code § 1640-Civil Liability. Number 12 Violation: General Manager Marvin Pinkney is in violation for connection with PNC Bank, NA under 18 U.S. § Code 1028-fraud and related activity about identification documents, authentication, features, and in information. Number 13 violation: General Manager Marvin Pinkney is in violation due to the fact he sent me under 28 U.S Codes§7206 Fraud and False Tax Statement stating offer ends March 31, 2017. Number 14 Violation: General Manager Marvin Pinkney is in violation under 10 U.S.C. §921 Causing Larceny and Wrongful §Appropriation against me and my family members. Number 15 Violation: General Manager Marvin Pinkney is in violation under18 U.S. Code Chapter 31 Embezzlement and Theft by causing me and my family members possessions and vehicles to be taken. If General Manager Marvin Pinkney was involved in this Financial Crime Identified by Chief Randy Reid of NHTSA, then General Manager Marvin Pinkney should be punished under Rule 141. Privacy Act- Relation to Civil and Criminal Discovery and 142 Judicial Remedies and Penalties for Violations of the Privacy Act the Act specifically provides civil remedies 5 U.S.C Sec.5522(1) for violations of Act. Number 16 Violation: Marvin Pinckney is in violation under 28 U.S.C. §1746 for conspiring against my civil rights that I executed under U.S Commerce within the United States, its

21

territories, possessions, or commonwealths   Due to these violations I, Trina L Carpenter has a Police report

and have spoken to FBI (9034) several times.  This case was reported and followed up with the IRS on May 2,

2017. I, Trina L. Carpenter & Family pray to be relieved of unfair and deceptive business practices. As I,

accept the will of the Greatest, the Best and Everlasting within my civil rights as a consumer.

Defendant

Exeter Finance Corporation

Under Sec 207 [42 U.S.C.407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count

the home, vehicles, or possessions to satisfy a court proceeding I, Trina L. Carpenter & family civil rights were

violated. On September 28, 2016, me and my family was forced out of property address 9320 South Perry

Ave Chicago, Illinois 60620 under false pretenses made by PNC Bank, NA that the property has foreclosed

when the property have not foreclosed. Then on October 17, 2016 me and my family's possessions and

vehicles were taken. Based upon this, I, Trina L. Carpenter have been investigating with the three credit

bureaus Equifax, Experian, TransUnion, with the Consumer Financial Protection Bureau (CFPB), and Federal

Trade Commission (FTC). I Trina L. Carpenter was advised to get an updated Police Report and I have spoken

to the FBI (9034) several times. I, Trina L. Carpenter clarified with the Chicago Police Department that PNC

Bank, NA was deleted off all three credit reports with seven-year fraud alerts. The reason that I, Trina L.

Carpenter have listed Exeter Finance Corporation as a defendant; based upon evidence of page 5 of my

TransUnion Credit Report File Number: 370425939 Date Issued: March 3, 2017.  The TransUnion Credit

Report page 5 have a bold print heading that reads:

SUPPLEMENTAL PUBLIC RECORDS AND RESIDENTIAL INFORMATION

Requested by: Exeter Finance Corp

Requested on: 09/03/2016

Land Mass in Acres: +0.0854

Building Size in Square Feet: 0

Total Land Mass in Square Feet: 3720

Assessed Land Value: $2,232

Assessed Improvement Value: $5,843

Total Assessed Value of the Land and Improvements: $8,075

Market Improvement Value: $0

Total Market Value of the Land and Improvements: $0

Home Equity Loans: 0

Refinance or Equity Fixed Mortgages in Last 24 Months: 0

Conventional Mortgages recorded in the Last 24 Months: 0

FHA Mortgage Loans Recorded: 0

Foreclosure: Yes

Based upon my conversation, with the Supervisor of the TransUnion's Special Handling Department named Omayra Aponte on Wednesday 3/15/2017 10:29am to 11:29 am Eastern Standard Time there was no foreclosure showing on my TransUnion's Credit Report on September 9, 2016. Also, I, Trina L. Carpenter spoke to Experian and Equifax and they both agreed that there was not any foreclosure on my credit report. If it was stated under SUPPLEMENTAL PUBLIC RECORDS AND RESIDENTIAL INFORMATION that there was a foreclosure this did not pertain to me since PNC Bank, NA was deleted off all three of my credit reports with seven-year fraud alerts. Number 1 Violation: Exeter Finance is in violation under Sec 207 [42 U.S.C.407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy a court proceeding. Number 2 Violation: I, Trina L. Carpenter did not have any accounts with Exeter

23

Finance Corporation therefore, Exeter Finance is in violation under 15 U.S. Code § 1681a-for inquiring about some one's property under a false record with wrongful intentions. Number 3 Violation: Exeter Finance Corporation is in violation for inquiring about someone's property 31 U.S. Code § 3733 for Civil Investigative Demands. After Exeter Finance Corporation inquired about my property on September 3, 2016 twenty-five days I was forced out of my property. Then later my families and my possessions were taken. If it be discovered that Exeter Finance was involved with any larceny, embezzlement, Wrongful appropriation and Financial Identity Theft. I, Trina L. Carpenter would like the courts to deem what is appropriate. I would like to be relieved from unfair and deceptive business practices. This case was reported and followed up with the IRS on May 2, 2017. I accept the will of the Greatest, the Best, and Everlasting within my civil rights as a consumer.

<u>Defendant</u>

Thomas Dart

*Cook County Sheriff*

Under Sec 207 [42 U.S.C.407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy a court proceeding I, Trina L. Carpenter & my family civil rights were violated by four Non-African American Cook County Sheriffs on Wednesday; September 28, 2016. The Office of the Sheriff of Cook County Thomas J, Dart Sheriff Department originally visited my home on Aug 31, 2016. The Sheriff that visited my property on Aug 31, 2016 was an African American Sheriff. He had an order from the Office of the Sheriff of Cook County Thomas J. Dart Sheriff. The order reads: This serves as official notice that the sheriff of Cook County was at the premises located on 9320 S. Perry Ave. Chicago, Illinois on August 31, 2016 to enforce an order for possession entered in State court, in a mortgage foreclosure case, PNC Bank Nat'l Assoc-Trina Carpenter 10 CH 27980, against Trina Carpenter. It also reads: The ordered for

24

possession was entered in court on January 25, 2016. At the bottom of the order it has the Deputy Sheriff's

Signature Name Shunos and his Star Number is 11086. Sheriff Shunos ask me was I Trina Carpenter and I

answered yes. He stated that he had an order and he handed it to me. He stated that he was there for a

forcible entry. He asks me was anyone in the home with me. I answered yes, my family be here and my

acquaintance was there assisting me. I stated to him that I have evidence that I am a Victim of Mortgage

Fraud and Identity Theft and I advised him that the case went to the US Supreme Court and I have

administrative hearings with the City of Chicago. I explained to the sheriff that the US Supreme Court advised

to me on July 22, 2016 to proceed with remedies. He stated to me that Cook County do not know these

things and he also stated to me that I can get an order of protection against PNC Bank, NA for harassment.

Sheriff Shunos then advised me to seek legal advice. On August 31, 2016 Sheriff Shunos read me my rights to

get an order of protection against PNC Bank, NA and he did not evict me on that day. On September 7, 2016;

I, Trina L. Carpenter went out to try to get an order of protection against PNC Bank, NA and I seek legal

advice with CARPLS. I was advised by CARPLS to continue to work with the three credit bureaus and the

Consumer Financial Protection Bureaus in which I have been in serious contact with the three credit bureaus

and the CFPB.; Almost a month later Wednesday September 28, 2016 four Cook County Sheriffs came from

the Office of the Sheriff of Cook County Thomas J. Dart again and did a forcible entry against me and my

family on the premises of 9320 South Perry Ave. Chicago, IL 60620. They did not have an order like Sheriff

Shunos did on Aug 31, 2016 and they did not read me my civil rights. They did not follow the same

procedures as Sheriff Shunos. These Sheriff that came out was four Non-African American Sheriffs. They did

not have any paperwork with their names. They consist of three men and one woman Sheriff. They knocked

on my door hard. I, Trina L. Carpenter asked who is it and they answered the Cook County Sheriff

Department is here to do a forcible entry against Trina Carpenter. They asked me was I Trina Carpenter. I

25

answered yes, I am her and I am a Victim of Mortgage Fraud and Identity Theft. They asked me could I step outside for a minute. I answered no and I stated I still have on my night gown. I do not have on any clothes to step outside. They asked me was anybody living with me and if anybody is in the home with me. I answered yes, I have two children and a grandbaby. I told them that I raised my children very well. Both of my children graduated out of college. My son graduated from school less than a year ago. My six-year-old grand-daughter who always is at my home with me was at school that day. I also stated that I have a lot of relatives that does not stay very far from me that checks on me. I also have a disabled brother who I see after. My daughter was not far she was right around the corner because she had to take me to the doctor. I explained to them that I am on disability and I am under constant doctor's care. I also explained to them that I have a clinical therapist who comes out to my house to check on me due to me being a victim of all this fraud. I also explained to them that I am disabled. They had the nerve to ask me can I walk. These Cook County Sheriffs were unlike Sheriff Shunos. They were not compassionate Cook County Sheriffs and they did not have compassion for me and somehow forced their way inside of my home and asked me to put on some clothes to leave the home. They looked around the home and stated that it was not safe for me to be there. I remembered it being so early in the morning. Some Hispanic man was sitting in a parked van all morning outside of my home watching my home. I explained to the sheriff again that I am a Victim of Mortgage Fraud, and Identity Theft and I can prove this to the police. One of the men sheriffs raised his voice and stated that "he was the police." I recall the woman sheriff calming him down and she stated to me that they were not going to sit our possessions out. The woman sheriff had a camera taking pictures inside of my house and she asked me where does my son sleep? I do not know why she asked me that. Thus; I showed them where he sleeps. They asked me did a need a ride. I answered no. I also told them that I am on medicine for high blood pressure and I have asthma. I told them that my daughter is outside right around the corner waiting for me and I did not

26

need them to take me anywhere I did not trust them what so ever. These sheriffs have enacted against me violating my civil rights under the social security laws. I felt that these sheriffs were misappropriating for wrongfully forcing their way in my home. They took advantage of a disabled citizen with disabilities. They conspired with others denying me equal protection. The sheriff did not offer me any relocation assistance for victims of crime. I am a crime victim of mortgage fraud and identity theft. By enacting this way against me and my family the sheriffs contributed to financial property crimes. There were anonymous neighbors watching while the sheriffs had ordered me to leave the premises on September 28, 2016. The sheriffs did not share their names with me and I felt threaten by this and they had their weapons. Once, I got outside they told me I have done a good job. They saw that I kept the lawn up and the property maintained under the circumstances of me and my family being victims of fraud. They advised to me to show some Hispanic Man my evidence so that he can contact the company who purchased my home. I asked the Hispanic man his name. I do not recall him giving me his name. I recall him saying that he was there to secure the property. He handed me a paper that reads like this: Notice To Former Occupants  The property commonly known as 9320 S. Perry Chicago, IL 60620 has been foreclosed and is now owned and possessed by Fannie Mae. You have until October 13, 2016 to claim any personal property remaining on the premises. Please contact Real Property Management using the information below to make arrangements to retrieve your property: Phone: (312)265-0660 Fax: (312)265-0666 770 N LaSalle BLVD Suite 601 Chicago, IL. 60654 reo group@chipropertymanagement.com If you to contact us on or before 10-10-16 to inform us of your intent to claim any property remaining on the premises, we will treat it as abandoned property, and it may be discarded or destroyed. The name hand written on the document is Thomas Holmes (630)796-4399 t.holmes@chipropertymanagement.com . I, Trina L. Carpenter remembered reading this document to a police officer over the telephone and he stated to me that this document does not sound like it is consistent.

27

I, Trina L. Carpenter think that this document handed to me by the Hispanic man who was sent to secure my property looks fraudulent. I, Trina L. Carpenter remembered going in-person to the Cook County Sheriff Department to show this fraudulent looking document days after me and my family were forced out of my home and the Cook County Sheriff informed me that I will be arrested if I go back to the property and to keep calling Thomas Holmes who purchased the property so that I can set a day to get my personal belongings. The Number 1 Violation: Under Sec 207 [42 U.S.C. 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy a court proceeding I, Trina L. Carpenter & my family civil rights were violated by four Non-African American Cook County Sheriffs on Wednesday; September 28, 2016. The Number 2 Violation: The Non- African American Cook County Sheriffs did not follow correct procedures they are in violation under 10 U.S. Codes § 921 under Rule 121. Larceny and Wrongful Appropriation. The Number 3 Violation: Discrimination under 42 US Code § 3631 based on race, disability status, gender etc. The Cook County sheriffs enacted against me based on me being an African American woman on disability. Number 4 Violation: The Non-African American Cook County Sheriffs was in violation under 18 U.S. code Chapter 31 for enacting with PNC Bank, NA with criminal acts of embezzlement and theft. Number 5 Violation: The Non-African American Cook County Sheriffs did not read me my rights they are in violation under 18 U.S. Codes § 241 for conspiring against my rights. Number 6 Violation: The Non-African American Cook County Sheriffs enacted with PNC Bank, NA and its attorneys under 28U.S. Code §4101 with defaming against me and my family members. Number 7 Violation: The Non-African American Cook County Sheriffs enacted with PNC Bank, NA under violation codes 18 U.S. Codes 2261A by working with a Hispanic man from real property management to stalk me and my family. Number 8 Violation: The Non-African American Cook County Sheriffs was in violation under Chapter 39 Title 18 for Crimes and Offenses for threatening to arrest me if I come back to my property. Number 9 Violation: The Non-African American Cook

28

County Sheriffs are in violation under Rule 142 Judicial Remedies and Penalties for violation the Privacy Act specifically provides civil remedies, 5 U.S.C Sec. 552a(g) including damages, and criminal penalties, 5 U.S.C. sec.552a1 for violations of acts due to them invading me and my family's privacy of property and personal possessions. These Non-African American Sheriffs had no business walking around my house looking at my vehicles, looking in bedrooms, and taking pictures inside of my house once they forced themselves inside of my property. Number 10 Violation: The Non-African American Cook County Sheriffs are in violation under 18 U.S. Code § 1028-for fraud and related activity connection with identification documents, authentication features, and in information by getting involved with PNC Bank, NA and Real Property Management Employee Thomas Holmes and the Hispanic man who worked for real property management to securing my property under false pretenses that it was foreclosed. Number 11 Violation: The Non-African Americans Cook County Sheriffs are in violation under 15 U.S. codes 45 for performing deceptive practices against me and my family in connection of PNC Bank, NA and Real Property Management Thomas Holmes by agreeing under a false document that the property was foreclosed and purchased by Thomas Holmes. Number 12 Violation: The Non-African Americans Cook County Sheriffs violated me and my family under 28 U.S.C. §1331 by denying me my equal protections rights. Number 13: I felt that the Cook County Sheriff Department was conspiring against me and my family in a life-threatening situation under 18 U.S. Code § 2332b therefore the Cook County Sheriff Department is liable, for there negligence of not providing me equal protection. They would not follow the proper procedure of calling the police of to verify that PNC Bank, NA is off all three of my credit reports with 7-year fraud alerts. Instead, they forced us out. Number 13 Violation: The Non-African Americans Sheriffs are in violation under 28 U.S.C §1746 for conspiring against what I have executed within the United States, its territories, possessions, or commonwealths. I, Trina L. Carpenter have gone to the police department numerous times and I have spoken to the FBI (9034) numerous times about this fraud. I

have an Updated Police Report. I, Trina L. Carpenter & Family pray to be relieved from unfair and deceptive business practices. This case was reported and followed up with the IRS on May 2, 2017. I, Trina L. Carpenter accept the will of the Greatest, the Best, and Everlasting within my civil rights as a consumer. I, pray that the court deems what is appropriate.

Defendant

Daniel Widawsky

*City Comptroller*

Under Sec 207 [42 U.S.C. 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy a court proceeding I, Trina L. Carpenter & my family civil rights were violated. I, Trina L. Carpenter & family have an Updated Police Report of Deceptive practice and Financial Identity Theft that has gone over the limit. I, Trina L. Carpenter has spoken to the FBI (9034) numerous times about this fraud. On Wednesday; September 28, 2016 my family and I were forced out of 9320 SO. Perry Ave.; due to PNC Bank, NA and its attorneys defaming us and making false statements that my property has foreclosed when it did not foreclose. I, Trina L. Carpenter have been working with the three credit bureaus Equifax, Experian, TransUnion CFPB and the FTC about this matter. I, Trina L. Carpenter feel that the City Comptroller Daniel Widawsky is in just as much violation as PNC Bank, NA and its attorneys for conspiring with others and not following the proper procedures of a disabled citizen who is receiving Social Security Benefits and is a Victim of Mortgage Fraud, Financial Identity Theft, and a victim of other fraud caused by unfair and deceptive practice performed by the City of Chicago. Daniel Widawsky City of Chicago Comptroller enacted for my license to being wrongly suspended. According to a piece of evidence, Daniel Widawsky sent a report titled: CERTIFIED REPORT TO THE SECRETAY OF STATE OF FAILURE TO PAY FINE AND PENALTIES FOR PARKING OR <u>COMPLIANCE VIOLATIONS</u>. Based upon this evidence, the City of Chicago

needed to comply with the law to following proper procedures of a Disabled Citizen who is receiving Social

Security Benefits and who is a Victim of Mortgage Fraud and a Victim of Financial Identity Theft. I, Trina L.

Carpenter reported to the City of Chicago with evidence that I am receiving Social Security Benefits and I am

a Victim of Mortgage Fraud and Identity Theft. Also, I, Trina L. Carpenter proved that I had a case with the

National Highway Traffic Safety Administration (NHTSA). Instead of Dan Widawsky with his employees of the

City of Chicago complying with the rules inconsideration of the evidence that I exhibited, Dan Widawsky

wrongly enacted for my license to being suspended. I, Trina L. Carpenter was not aware that my license was

wrongly suspended up until I seriously investigated with the three credit bureaus, CFPB, and FTC. The City of

Chicago was aware that I, Trina L. Carpenter had a case with the US Supreme Court. I, Trina L. Carpenter

remain to following the procedures as required under the US Federal Law. Based on my discoveries of

"Criminal Acts" being performed against me and my family I was advised to get an updated police report. I,

Trina L. Carpenter did submit evidence of an updated police report to the three credit bureaus, CFPB, and

FTC. The City of Chicago was served as ordered by the US Supreme Court on February 9, 2017 with evidence.

Since then, more discoveries of criminal acts performed by the City of Chicago and its attorneys have

occurred and I attached the updated police report with proof that I, Trina L. Carpenter had already served

the City of Chicago and its attorneys Linebarger, Goggan, Blair & Sampson LLP. I, Trina L. Carpenter strongly

believe that the City of Chicago have put false parking tickets against me and my family of household 9320

So. Perry Ave Chicago, IL 60620 with the intent to harass us for money. Number 1 Violation: Dan Widawsky is

in violation under Sec 207 [42 U.S.C.407] of the Social Security Law and the 42 U.S.C 1396r5 which states do

not count the home, vehicles, or possessions to satisfy a court proceeding. Number 2 Violation: Dan

Widawsky is in violation under 19 U.S. Code Penalties for fraud, gross negligence, and negligence by not

complying with the rules inconsideration of evidence that I proved that I was a Victim of Mortgage Fraud,

31

and Identity Theft. Number 3 Violation: Dan Widawsky is in violation under 23 U.S. Code §159 for wrongly suspended my license. I do not have any offenses on my driving record. Daniel Widawsky admitted in a titled document that he suspended my license due to fines and penalties for parking. I, Trina L. Carpenter reported to the City of Chicago that I am a Victim of Mortgage Fraud, and Identity Theft. Due to this Daniel Widawsky should had granted to waive all fines and penalties but instead wrongly suspended my license to satisfy a court proceeding. This case was reported and followed up with the IRS on May 2, 2017. Therefore, the court shall deem appropriate action against Daniel Widawsky for his misconduct. I, Trina L. Carpenter accept the will of the Greatest, the Best, and Everlasting within my civil rights as a consumer.

Defendant

Thomas Holmes

*Real Property Management*

Under Sec 207 [42 U.S.C.407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy a court proceeding I, Trina L. Carpenter & Family civil rights were violated. On September 28, 2016 I, Trina L. Carpenter & Family was forced out of my property of 9320 So. Perry Ave. Chicago Illinois 60620. On October 17, 2017; I, Trina L. Carpenter received phone calls from anonymous people that our possessions were taken out of my property our vehicles were taken. I, Trina L. Carpenter was advised by the Cook County Sheriffs who performed force entry against me and my family to contact a Thomas Holmes at telephone number (630)796-4399 in accordance to a notice that was given to me from the Hispanic gentleman who Thomas Holmes sent to secure the property along with the Cook County Sheriffs who have done forcible entry against me and my family members. The notice that was handed to me from the Hispanic man reads like this: "Notice To Former Occupants  The property commonly known as 9320 S. Perry Chicago, IL 60620 has been foreclosed and is now owned and possessed by Fannie

32

Mae. You have until October 13, 2016 to claim any personal property remaining on the premises. Please contact Real Property Management using the information below to make arrangements to retrieve your property: Phone: (312)265-0660 Fax: (312)265-0666 770 N LaSalle BLVD Suite 601 Chicago, IL. 60654 reo-group@chipropertymanagement.com If you to contact us on or before 10-10-16 to inform us of your intent to claim any property remaining on the premises, we will treat it as abandoned property, and it may be discarded or destroyed. The name hand written on the document is Thomas Holmes (630)796-4399 t.holmes@chipropertymanagement.com. I, Trina L. Carpenter called Thomas Holmes at telephone number (630)796-4399 on September 28, 2016 which was the day me and my family were forced out and he advised me to send him evidence to t.holmes@chipropertymanangement.com to prove that I am a Victim of Mortgage Fraud and Identity Theft. On that same day I, Trina L. Carpenter sent Thomas Holmes a preponderance of evidence to his email listed above proving that I am a Victim of Mortgage Fraud and Identity Theft. Right after I sent the preponderance of evidence to Thomas Holmes he stated that "he received the preponderance of evidence that I sent him and that he needed to get in touch with HUD due to a pending loan that he had on the house that was not approved yet. I asked Thomas Holmes when will he get back in touch with me and he stated that to give him a couple of days. A gave Thomas Holmes a couple of days to call me back and a couple days passed and Thomas Holmes did not call me back. I, Trina L. Carpenter called Thomas Holmes back and I remembered the call going to his voice mail. I patiently waited for Thomas Holmes to call me back. In the mean time I, Trina L. Carpenter went seeking the procedures to get an order of protection against PNC Bank, NA for all their actions of fraud against me and my family members. I, Trina L. Carpenter recalled what was advised to me by Cook County Sheriff Shunos on Aug 31, 2016 stating that I had a right to an order of protection against PNC Bank, NA. Based upon this, I, Trina L. Carpenter did a pop up visit to the Cool County Sheriff Department on September 29, 2016 and stated to them that I was advised by

33

Sheriff Shunos that I can get an order of protection against PNC Bank, NA. I recalled speaking to several Sheriffs there and they told me that Sheriff Shunos had gave me the wrong advice and if I go back to the premises without contacting Thomas Holmes I will be arrested. The Cook County Sheriffs insisted that I wait on the call from Thomas Holmes. I, Trina L. Carpenter got very frustrated about this situation since I have never experienced this in my life before. I, Trina Carpenter finally talked back to Thomas Holmes that evening after I left the Cook County Sheriff's Department on September 29, 2016. I, Trina L. Carpenter recalled Thomas Holmes telling me that his loan still was not approved on the house. I remembered Thomas Holmes stating to me that he was a friend of PNC Bank NA, and he stated that PNC Bank, NA sold the loan to HUD and he was waiting for an approval. I Trina L. Carpenter remembered stating to Thomas HUD that the house was reported throughout the court system and to the US Court System due to issues of fraud. I asked Thomas Holmes did PNC Bank, NA inform this to him and he stated no PNC Bank NA had misinformed him. I also asked Thomas Holmes did he ever speak to the Federal Court about the property and he stated that he went to federal court about the property. I Trina L. Carpenter, then ask Thomas Holmes why I have not ever seen him or heard about him when the case was in the District Court. I asked Thomas Holmes if he went to the District Court as he stated then what was ordered. Then I remembered Thomas Holmes stating again that PNC Bank, NA did not inform him. Based, on this conversation I had with Thomas Holmes I, Trina L. Carpenter detected that some fraud was going on. I did not ever believe that Thomas Holmes ever went to the District Court about the property. I, Trina L. Carpenter remembered Thomas Holmes stating to me on October 5, 2016 that "if I do not come and move my vehicles off the premises that he can go into my personal account." I, Trina L. Carpenter felt that this was a life-threatening situation thus; I called the FBI immediately after this last conversation with Thomas Holmes. I, Trina L. Carpenter then decided to call the FBI (9034) and to make a report against Thomas Holmes, starting on October 3, 2016 and October 5, 2016. I remembered speaking

34

to the FBI and I was advised that Thomas Holmes cannot do anything with a pending court case. I, Trina L. Carpenter felt that this was a life-threatening situation therefore, I did not trust to meet Thomas Holmes anywhere. I, Trina L. Carpenter just constantly called either the FBI or the Chicago Police Department and followed their orders of not to meet Thomas Holmes, due to a pending court case. I do remember stating to Thomas Holmes that I was not meeting him anywhere and if he gets involve with his friend PNC Bank, NA any further, he will end up in big trouble. I, Trina L. Carpenter decided not to speak to Thomas Holmes again. Number 1 Violation: Thomas Homes was in violation Under Sec 207 [42 U.S.C.407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy a court proceeding I, Trina L. Carpenter & Family civil rights were violated. Number 2 Violation: Thomas Holmes is in violation for getting involve with his friend PNC Bank, NA under 18 U.S. Code § 1028-for fraud and related activity connection with identification documents, authentication features, and in information. Number 3 Violation: I, Trina L. Carpenter felt Thomas Holmes was a threat to my life due to the fact he stated that if I did not arrange with him to get my possessions he can go into my personal account under 18 U.S. Code § 2332b he was in violation for threatening my life. Number 4 Violation: Thomas Holmes is in violation for deceptive practice under15 U.S. Code§45 for pretending that he had gone to federal court to get possession of the property. Number 5 Violation: Thomas Holmes is in violation under 18 US Code § 1014 since he admitted that he had applied for a loan on property that had a pending court case and was waiting for it to get approved. Number 6 Violation: Thomas Holmes is in violation under 18 U.S. Codes § 31 for Theft and embezzlement of personal possessions including vehicles. Number 7 Violation: Thomas Holmes is in violation under 28 U.S.C. 1746 for conspiring against my rights that I executed within the United States, its territories, possessions, and its commonwealths. Thomas Holmes admitted that he is friends with PNC Bank, NA. Thomas Holmes made a misleading statement by informing me that he has wen to federal court to retrieve



possession of my property. If this is not true Thomas Holmes is in Number 8 Violation under 18 U.S.C Chapter 47 for making Fraud and False Statement against the Federal. I, Trina L. Carpenter asked the supervisor of the District Court have Thomas Holmes ever gone to court to retrieve my property? She stated no. I stated to her that Thomas Holmes will be going to Federal Court for making a false statement against the federal. If it is discovered that Thomas Holmes have done anything else; I hope justice is served. The case was reported and followed up with the IRS on May 2, 2017. I, Trina L. Carpenter pray that the courts fully compensate me for all the violations that Thomas Holmes performed against me and my family including any other violations to be discovered. I, Trina L. Carpenter accept the will of the greatest, the best, and the everlasting within my civil rights as a consumer. I, pray for the courts to deem what is appropriate.

Defendant

Kylie Cryer

*GM Financial Compliance Administration*

Under Sec 207 [42 U.S.C. 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy a court proceeding I, Trina L. Carpenter & Family civil rights were violated. I, Trina L. Carpenter listed Kylie Cryer of GM Financial Compliance Administration as a defendant based upon a response that I received from Mr. Cryer dated July 13, 2016 under Consumer Financial Protection Bureau (CFPB) Complaint Number 160701-001356. He states that the title of the vehicle will not be release until a balance of $727.21 is satisfied. I, Trina L. Carpenter do not agree to pay $727.21 for a title of a vehicle that was reported to the National Highway Traffic Safety Administration (NHTSA) under Reference Number 10683088. I, Trina L. Carpenter felt like Kylie Cryer had no intentions of following the correct procedures to accommodate what was required to move the NHTSA Case forward. I, Trina L. Carpenter detected that Kylie Cryer intentions were to wrongly charge me to pay for a title with the intention

36

to get me to sign for release of title lien so that he can get out of having to do any further procedures

pertaining to the NHTSA Case. I recalled that Kylie Cryer stated that GM Financial was not involve. Mr. Cryer

stated that all mechanical issues would have needed to be resolved between McCarthy Ford Inc.; and/or the

manufacture of the vehicle. I, Trina L. Carpenter followed up with the CFPB Complaint (160701-001356)

dated July 19, 2016 to inform them that I have disputed GM Financial with the three credit bureaus due to

the fact Kylie Cryer have stated that I owe $727.21 on a vehicle that was reported to NHTSA for defects. If

Kylie Cryer did not want to get involve with following procedures he should not demanded me to pay

$727.21 for a release of a title lien. I, Trina L. Carpenter did follow back up with CFPB dated August 19, 2016

based upon the evidence that was handed to me from Kevin Holve at Metro Ford of an On-line Automated

Service Information System (OASIS) Report dated August 17, 2016. I, Trina L. Carpenter was advised by CFPB

to start a new complaint dated on August 19, 2016 based upon the new evidence of an OASIS Report from

Metro Ford about CFPB Complaint Number 160701-001356 that was assigned to me when I originally filed a

complaint against GM Financial on July 1, 2016. Following this advice; I, Trina L. Carpenter submitted the

OASIS Report and I was assigned a New CFPB Complaint Number under 160819-001195. After I was

assigned a new complaint number under CFPB 160819-001195; Following this; I, Trina L. Carpenter

remembered that I experienced receiving a visit from the Cook County Sheriff Department on August 31,

2016 by Cook County Sheriff Shunos Star Number 11086 advising me that I had a right to can get an Order of

Protection against whoever was harassing me. He further advised me to seek legal advice. I am not for sure

today after rethinking all of this, was this visit by the Cook County Sheriff Shunos was in relation to someone

retaliating against me due to the complaint that I filed against GM Financial in which Metro Ford became

involved in or was it was in relation to PNC Bank, NA or was it in relation to all three entities Metro Ford, GM

Financial and PNC Bank, NA all conspiring against me by having the Cook County Sheriff to visit me. I just

37

remembered that I informed the Cook County Sheriff that I had an administrative hearing with the City of

Chicago and the hearing was continued to November 18, 2016 and that the case did go to the US Supreme

Court and I was advised by the US Supreme Court to proceed with remedies. Sheriff Shunos stated that Cook

County does not know about these things and that I need to seek legal advice and that I had a right to get an

order of protection. Thus, Sheriff Shunos did not force me out of my property but instead read me my

consumers rights. I remembered the very next day I sought an attempt to get an order of protection for

harassment being performed against me and my family but I was not clearly advised by the Cook County

Sheriff Department the right steps to getting an order of protection. I was misled by the Cook County Sheriff

Department to go to the lower level to get legal advice. From thereon; I was advised that since my case was

under the City of Chicago Department of Hearings that I go to the Municipal Department of the City of

Chicago Hearings Administration and seek legal advice there. Following this advice; I went to the City of

Chicago Department of Hearings Municipal Department located at 400 west Superior on September 7, 2016

and asked around and found the CARPLS Help Desk. CARPLS asked me how did I know to seek legal advice

from them. I responded that I was referred to come here for legal advice; due to me having hearings inside of

this building under the City of Chicago Administrative Hearings I importantly informed CARPLS that my

hearing next was continued to November 18, 2016. CARPLS then advised me to continue to work with the

three credit bureaus and CFPB. At that time, the OASIS Report was already submitted to CFPB under

Complaint Number 160819-001195. Following this; I, Trina L. Carpenter received second notice of

harassment performed by Metro Ford dated September 16, 2016 stating in the notice to contact Trina that

this was a high demand vehicle we discussed in our meeting about Trina's 2003 Ford Taurus. Then I, Trina L.

Carpenter recalled General Manager Marvin Pinckney of Metro Ford advising me to get my case together

sometime in August 2016; based upon a conversation with him when I did a second pop up visit at Metro

38

Ford. After I done this last pop up visit with Metro Ford, I, Trina L. Carpenter decided not to go back to Metro

Ford anymore. Then on September 19, 2016 I, Trina L. Carpenter faxed a $0.00 Pending Judgement Docket

Number 16WD02606A to CFPB under Complaint 160819-001195. Then nine days later which was on

Wednesday September 28, 2016; four Non-African American Cook County Sheriffs came out to my home and

forced me and my family off the premises. These Sheriffs stated that it was unsafe for me to live at the

premises of 9320 So. Perry Chicago IL. I was very suspicious of this statement that the Cook County Sheriff

made towards me and my family and I do not know why did these Four Non-African American Sheriffs made

this threatening statement and I do not know what they meant by this statement as they performed a

forcible entry against me and my family on September 28, 2016 and then 3 weeks later October 17, 2016;

our possessions were stolen and One Stop Towing has taken two vehicles away from the back of my property

at 1:07pm. At my next hearing held on November 18, 2016 with the City of Chicago Administrations the

Administrative Law Judge ruled against me along with the City of Chicago Attorneys stating that the City of

Chicago does not get involve with criminal investigation and to appeal the investigation the Cook County

Court. I, Trina L. Carpenter recalled reporting these incidents to the FBI, Police Department, the three credit

bureaus, CFPB, FTC, and the United States Postal Inspection Service Criminal Investigation (USPIS), to the US

Supreme Court and to NHTSA. After remembering all this; I went back to CARPLS on November 18, 2016 after

the City of Chicago Administrative Law Judge has ruled against me. I was advised by CARPLS that I followed

the correct procedures. They further asked me was I following up with a lawsuit? I then stated to them that

the US Supreme Court advised me to proceed with remedies. They then advised me that if I receive Social

Security Benefits the City of Chicago cannot go after my money under those benefits. CARPLS further advised

for me not to go back to Cook County to file anything with them and that eventually Cook County will order

the City of Chicago to tear down my property. In response to this, I constantly stayed in touch with the CFPB

and the three credit bureaus. I manage to finally get back in touch with the US Supreme Court and I finally received a petition that they sent me. I was advised by them to serve the City of Chicago with the petition regarding Trina L. Carpenter vs. PNC Bank, NA case number 15-8734 that was docketed in the US Supreme Court on March 29, 2016. I, Trina L. Carpenter served the City of Chicago with a petition in person on December 19, 2016 which was dated December 18, 2016. During this time, I was still investigating GM Financial and its employees a based upon conversations that I had with many GM Financial employees, they all misconducted together under the Administration of Kylie Cryer who I believe enacted for them not to follow the correct procedures in retaliation to my complaint. After this, I became very suspicious of GM Financial and I felt that these acts of unfair and deceptive business practices fall under the leadership of GM Compliance Administration of Kylie Cryer who has enacted his employees to perform these incidents of unfair and deceptive business practice against me in retaliation of my complaint against him on July 1, 2016. I believe GM Financial Administration Kylie Cryer who I listed as a defendant was involved with me and my brother's vehicles being taken. Based upon he demanded that I pay 727.21 to satisfy a balance in his response to Consumer Financial Protection Bureau Complaint Number 160701-001356, on July 13, 2016. Later the vehicle was stolen off my property on October 17, 2016 at 1:07pm after me and my family was forced out of the property on September 28, 2016. Since the vehicle was stolen GM Financial asked me to sign a release of a title lien on a total loss vehicle that was reported stolen to the three credit bureaus, the police, FBI,CFPB, and FTC. I, Trina L. Carpenter spoke to several employees of GM Financial pertaining to my vehicle being taken. A GM Financial Employee by the name of Katie ID# 7540 pretended that she will pay off the loan and pay for me to be compensated with a replacement vehicle. She last called me from a phone number that was forwarded from Bell Insurance at phone number (817)525-2355 on Wednesday November 23, 2016 when I answered the phone it hanged up. I called it back and left a message. On Friday, November

25, 2016; a young lady returned my call from phone number (972)965-6835 by the name of Jenny Ruiz of Bell

Insurance at 4:55pmcentral time. Jenny Ruiz stated to me that they are a personal line insurance company

that deals with auto and home. Furthermore, I later found out that Katie ID# 7540 never did report my

vehicle as a "total loss" and she never did follow through with the procedures. I did not list Katie ID# 7540 as

a defendant; because she never gave out her last name to be listed as a defendant. For some reason; GM

Financial Employees was not sharing their lasts names after I informed to them that my vehicle was taken.

The last time I spoke to someone at GM Financial was on Friday; December 23, 2016. The person I spoke to

name was Mack Id# 025747 of GM Financial Customer Experience Department located in Phoenix, Arizona at

9:30am. He asked me about signing a release of a title lien on a stolen vehicle. He admitted that GM

Financial had the title to the vehicle. After this, i became very suspicious of GM Financial and I felt that these

acts of unfair and deceptive business practices fall under the leadership of GM Compliance Administration of

Kylie Cryer who has enacted his employees to perform these incidents of unfair and deceptive business

practice against me in retaliation of my complaint against him on July 1, 2016. Furthermore, GM Financial

Administration Employee Kylie Cryer remains to be listed as the main defendant, based upon his response to

me regarding the Consumer Financial Protection Bureau Complaint Number 160701-001356, on July 13, 2016

stating that $727.21 will satisfy a balance for a release of a title lien. Later the vehicle was stolen off my

property on October 17, 2016 at 1:07pm after me and my family was forced out of the property on

September 28, 2016. After that I should not have been asked to sign a lien release on a total loss vehicle that

was reported stolen to the three credit bureaus, the police, FBI, CFPB, and FTC.

Since then; in response to the investigation with the CFPB; I, Trina L. Carpenter received a response that was

also sent to the CFPB by PNC Bank, NA and its attorneys dated January 20, 2017 and another notice from

Metro Ford dated January 20, 2017 around the same time. Based upon receiving mail from both of them at

the same time; I, Trina L. Carpenter spoke back to the CFPB on January 31, 2017 and it was clarified that some conspiracy was going on between GM Financial, Metro Ford, and PNC Bank, NA and its attorneys stated something about the complaints that I had made to the CFPB that I have made against Metro Ford and GM Financial about deceptive practices being performed in connection of my license being wrongly suspended, identity theft, and incidents involving my children. After I clarified this with the CFPB; they stated that they will be enforcing an action against all who conspired against me and my family. Based upon this; I, Trina L. Carpenter was originally advised by Equifax, to get an updated police report on February 22, 2017 and fax it to them once I have received it. I spoke back to the CFPB and told them that I was advised by Equifax to get an updated police report and fax it to them. The CFPB agreed with the advice that Equifax instructed me and the CFPB also advised me to fax them a copy of the updated police report once I receive it and they will share it with FTC. I, Trina L. Carpenter contacted the other two credit bureaus TransUnion and Experian. I reported to them what was discovered by PNC Bank NA and its attorneys in response to my complaint with the CFPB. I told them that Equifax originally advise CFPB for me to get an updated police report and send it to them. I told Experian and TransUnion that I will also send them a copy of the updated police report once I receive it. At that moment, TransUnion then asked me to fax them a copy of the evidence that PNC Bank, NA and its attorneys sent to me and the CFPB in response of my complaint. I, faxed TransUnion a copy of the evidence sent to me and the CFPB by PNC Bank, NA and its attorneys. I followed back up with TransUnion after I faxed them the evidence. Days later, TransUnion stated that they received the evidence that I faxed to them and they will update my credit report based upon this evidence. From there on; I, Trina L. Carpenter later received the updated police report in the mail on March 6, 2017 and I faxed the updated police report to TransUnion, Equifax and the CFPB. Experian gave me special instructions to send them the updated police report by certified mail because they did not have a fax machine for

consumers to fax them documents. I followed all the credit bureaus and CFPB advice and they all received

the updated police report by March 14, 2017 and they all have updated my credit report for further

investigation. The three credit bureaus and the CFPB advised me to start reporting all my experiences to

them for them to analyze if I am being treated fairly or not. They advised me to report to them of any

upcoming hearings that I had so that they can insure that I am safe attending these hearings and that the

right procedures are being followed. They wanted to be sure that due to me following the correct

procedures; that I get fair treatment by the court system. In accordance to me following the correct

procedures, I followed back up with the USPIS on March 17, 2017 and showed them an updated copy of the

police report and a preponderance of evidence that clarify that I am a victim of fraud in remembrance of my

interview that I had with them back on October 17, 2017 the same day that my vehicles and possessions

were stolen. They stated to me that I have done a great job with following the correct procedures to

successfully getting an updated police report. I was further advised by the USPIS that they work close to the

detective to investigating the case. I, Trina L. Carpenter was further advised by the USPIS to follow up with

the Detective who is assigned to my case and get back with them.  I told them that I last spoke to a Detective

Dinga on February 23, 2017 and he okayed for me to put in a request for an updated police report and he will

follow up with me on the following Monday after he see in the system that I requested an updated police

report. After I received the Updated Police Report; I later followed back up with Detective Dinga and he told

me on March 20, 2017 that Detective Purtell was originally assigned to my case under Police Report

HY480767 and that she remains to be assigned to my case under Police Report Number JA164183. I, Trina L.

Carpenter was further advised by Detective Dinga to send Detective Purtell the evidence of the response that

I received from PNC Bank, NA and its attorneys along with the updated police report to 3151 West Harrison

in Chicago, Illinois by certified mail. Detective Dinga further advised me to block off my social security

43

number when I submit documents with my Social Security Number on them. I followed Detective Dinga

advice, and blocked off my social security number that was on any piece of evidence that I sent to Detective

Purtell by certified mail on March 21, 2017.  This is mighty strange that Detective Purtell did not follow back

up with me after I, Trina L. Carpenter has sent her certified mail. It seems that she should have got involve

with investigation. The last time that I spoke to Detective Purtell is the day when I was informed by

anonymous persons on October 17, 2017 that me and my brother's vehicles were taken away by One Stop

Towing. According to the owner of One Stop Towing; the two vehicles was taking away from my property due

to a mortgage foreclosure. I will further explain more about One Stop Towing and Detective Purtell. As of the

subject matter listed underneath this topic, GM Financial Administration Kylie Cryer is in violation for the

misconduct of his employees based upon him allowing his employees to perform deceptive practices against

me and my family. Number 1 Violation: GM Financial Kylie Cryer is in violation Under Sec 207 [42 U.S.C. 407]

of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or

possessions to satisfy a court proceeding I, Trina L. Carpenter & Family civil rights were violated. Number 2

Violation: GM Financial Compliance Administration Kylie Cryer is in violation under Title 56 Chapter 19-

Protection of Titles if he did not follow the correct procedures under the federal law. I, Trina L Carpenter is

not sure about the Protection of Title Laws, thus; all I know I have not signed nothing with GM Financial

pertaining to a release of a title lien on a stolen vehicle. Number 3 Violation: GM Financial Compliance

Administration Kylie Cryer is in violation under Rule 4 Title 49 301 for not following through with procedures

so that the Ford Manufacturer can complete recall initiation with NHTSA.  Number 4 Violation: GM Financial

Administration Kylie Cryer is in violation under Privacy Act See 49 FR 53971 (Sep. 3, 2004) if privacy laws were

violated under The Privacy Act of 1974-Public Law 93-579 if GM Financial Kylie Cryer had allowed Metro Ford

Dealership to advertise a demand for my vehicle. Number 5 Violation: GM Financial Administration Kylie

44

Cryer is in violation under 18 U.S. Code § 2703 for disclosing my information to Metro Ford Dealership, due to the fact; that I did not purchase my vehicle from Metro Ford Dealership. Number 6 Violation: GM Financial Administration Kylie Cryer is in violation under 18 U.S. Code § 2703 for disclosing my information to anybody else about my consumer complaints other than who GM Financial was required to disclosed of information in response to my complaints. Number 7 Violation: GM Financial Administration Kylie Cryer is in violation under 15 U.S. Codes 45 for performing Acts of Unfair and Deceptive Business Practices with Metro Ford against me and my family. Number 8 Violation: GM Financial Administration Kylie Cryer is in violation under 18 U.S. Code § 1028 for fraud and related activity about identification documents, authentication features, and information if he was involved with Metro Ford and PNC Bank, NA with Identity Theft and various incidents involving my children. Number 9 Violation: GM Financial Administration Kylie Cryer is in violation under 15 U.S. Code § 1681a for inquiring about my personal possessions with PNC Bank, NA and its attorneys. Number 10 Violation: GM Financial is in violation under 18 U.S. Codes § 31 for Theft and embezzlement of personal possessions including vehicles. Number 11 Violation: Kylie Cryer of GM Financial Administration is in violation under 28 U.S.C. § 1746 for conspiring against my rights that I executed within the United States, its territories, possessions, or commonwealths. The Mortgage Case and Financial Identity Theft was reported and followed up with the IRS on May 2, 2017. I, Trina L. Carpenter & Family pray that the court deems what is appropriate. I, Trina L. Carpenter accept the will of the Greatest, the Best, and Everlasting within my civil rights as a consumer.

Defendant

George Scott

*(Owner) One Stop Towing Company*

Under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count

45

the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family

Civil Rights were violated. Anonymous persons called me and inform me that they saw a team of strange

looking people going inside of my property taking my possessions and me and my brother's vehicles were

being taken by a Tow Truck by the name of One Stop Towing on October 17, 2016 at 1:07pm. I received this

call, on the same day that I was interviewed by the United States Postal Inspection Service(USPIS). I was

advised by the Post Office to call the police right away. I called the police and asked them to go out to

property address 9320 South Perry Ave. to see if they can catch these persons that were seen going inside of

my property taking me and my family possessions and vehicles. The police answered that they will go out to

see what is going on and call me back at my phone number but they never called me back. As of today, I do

not know if the police ever went to the property to see what was going on. I, Trina L. Carpenter called the

credit bureaus and reported to them that anonymous persons called me on the phone and informed me that

they saw a team of strange people going inside of my property taking me and my family's possessions and

that they saw a tow truck with the name of One Stop Towing on it taking me and my brother's vehicles. I,

Trina L. Carpenter called the police back to see have they found out anything. At the time, I already had a

police report under HY480767. I remembered that I was advised at my interview with the USPIS to follow up

with a financial crimes detective about the incidents that has taken place against me and my family. The

USPIS wanted to know that if I knew what detective was assigned to my case. I stated to the USPIS that no

detective ever has called me in concern of Police Report Number HY480767 of Deceptive Practice and

Financial Identity Theft. Even the three credit bureaus Experian, Equifax and TransUnion was concerned if a

detective was involved in this case Experian Protect My ID Fraud Resolution Team insisted that I get the

police to get involve with this serious investigation. I, Trina L. Carpenter, started by investigating by calling

311 and I discovered that Detective Purtell was assigned to the case the same day my possessions and

46

vehicles were taken from my premises. I call and spoke to Detective Purtell and reported to her that me and my family was forced out of 9320 So. Perry Ave and me and my brother's vehicles was taken. Detective Purtell ask me for my police report number so that she can look up my case. After she looked up my case she stated to me that my possessions and vehicles was taken due to a mortgage foreclosure. I stated to Detective Purtell that I have my credit reports and there are no foreclosures showing on my credit reports. I stated to her that I am a Victim of Mortgage Fraud and A Victim of Identity Theft. I told her that my credit reports have seven-year fraud alerts. I informed her that I have evidence to clarify that what I am stating is true. I further asked Detective Purtell did she want me to come into the police station to clarify all of this what her. She stated to me that I do not need to come in to her station to clarify anything with her because she does not want to get involve. She further stated that she does not get involve with cases that have already been adjudicated. Detective Purtell further asked me not to call her station again about this. Then I called back again and asked to speak to her supervisor. Someone got on the phone and stated that they listen to the conversation that I had with Detective Purtell and it is true that she does not get involve with cases like mines. I asked this person then what should I do further, and he advised me to contact the courts and he hanged the phone up on me. I called again and this same person answered the phone and I asked him why did he hang up on me. He answered, "not to call that police station again." He stated that if I call there again he will file a report of harassment against me. I reported this misconduct of Detective Purtell to the Experian Fraud Resolution Team based upon this credit bureau referring my case to AIG Insurance for Identity Theft Compensation. Experian Fraud Resolution Team strongly insisted that I get the police involve. Experian advised for me to try another police station since the assigned detective does not want to get involve Experian advised to me that I must get the police involve with this investigation. On Wednesday; October 26, 2016 at the 8:00am hour and Thursday October 27, 2016 at the 8:00 am hour I, Trina L. Carpenter went to a

47

Local Police Station located on 7808 South Halsted Street Chicago, Illinois 60620. I came in this Local Police

Station with a preponderance of evidence and spoke to an Officer by the name of Officer Goston and I

informed him that I am a Victim of Mortgage Fraud and Identity Theft and me and my family was forced out

of my property and our possessions was taken. I further informed him that me and my brother's vehicles was

stolen. The officer asked if I know where my vehicles at? I stated to him that anonymous persons seen a Tow

Truck Company by the name of One Stop Towing take me and my brother's vehicles. The Officer looked

something up on his computer and stated to me that my vehicle VIN does not show up and the system. He

looked up my brother's vehicle by his VIN on the registration after I proved that my brother own the vehicle

and he said that my brother's VIN is still in the system and it does not show that his vehicle was repossess or

anything. I recalled Officer Goston stating that he did not see a record showing that our vehicles were towed.

I explained to Officer Goston with evidence of a NHTSA Report attach with three recalls, Secretary of State

Law Enforcement Certification, that my vehicle was reported under NHTSA. The officer advised me to call

One Stop Towing to see did they have our vehicles. I, Trina L, Carpenter called One Stop Towing and some

man answered the phone. I stated to this man that I was informed by anonymous persons that you all have

taken two vehicles from 9320 So. Perry Ave. Chicago Illinois 60620 on October 17, at 1:07pm. And I was

advised by the police to call to see if the vehicles are there. The man paused for a second and he admitted

that they did take our vehicles. He stated that PNC Bank, NA had his company to tow our vehicles under a

statement that property address 9320 So. Perry Ave Chicago Illinois had foreclosed.

I asked him what is his name and he said his name was George Scott. I asked him who owns this place he

said he is the owner. I spoke with the owner George Scott on Wednesday; October 26, 2016 from 10:54am to

10:58pm. I further stated to George Scott that there is no foreclosure on my credit reports and I was still

going to court about the case. I remembered the owner George Scott stating to me that if I want the vehicles

I had to pay for each day from the day PNC Bank NA had the vehicles towed including penalties and fines. He

stated that fees go up each day the vehicles are there. I, Trina L. Carpenter remembered that I informed

George Scott that my vehicle was under NHTSA and I had a hearing with the City of Chicago Administrations.

Then I hanged up the telephone and never called George Scott again but instead I followed back up with

Officer Goston on Thursday, October 27, 2016 at the 8:00am hour and informed him that One Stop Towing

has the vehicles due to PNC Bank, NA stating that my property has foreclosed. Again, I clarified with Officer

Goston that there were no foreclosures on my credit reports. I showed Officer Goston all three of my credit

reports and I showed Officer Goston that I had seven-year extended fraud alerts on all three credit reports.

Officer Goston stated that I followed the procedures and he further advised me that to inform the City of

Chicago Hearing Administration at my next hearing that I clarified with him that PNC Bank, NA is deleted

from all three of my credit reports with seven-year fraud alerts. I asked Mr. Goston would he right his name

down on a piece of paper that prove that I came into the police station and clarified all of this with him.

Officer Goston wrote his name on a piece of paper for evidence.  Which he wrote Goston 006. Which

indicates that Officer Goston works in the 006 district local police station.   On November 18, 2016, the day

of my last hearing with the City of Chicago I informed the City of Chicago Attorneys all of this and they played

dumb. I remembered them stating that the hearing was concerning a water bill and does not have anything

to do with parking violations. On that day, the City of Chicago Attorneys handed me a deed and stated that I

was the owner of 9320 So. Perry Ave. Chicago, Illinois in which the deed read "pending Court Case" I just was

tired of all this unfair and deceptive business practices being performed against me and my family. If the City

of Chicago was just concerned about a water bill then why was I forced out of the property and our

possessions and vehicles was taken. I just did not understand why have all of this suddenly occurred against

me and my family. The previous Administrative Law judges considered all my evidence and ruled in my favor

with a pending Judgement Total of $0.00 and Balance of $0.00 in which penalties are included. If I had a pending $0.00 Judgement then the City of Chicago should not have been demanding me to pay any water bill and my possessions should not have been taken away from my property. The City of Chicago had already considered my preponderance of evidence under the Social Security Law. In which, I have a case under the US Commerce Complaint Number 15-0910 that covers my water bill. And a FMC360 case under NHTSA Reference Number 10683088 that covers my vehicles. Furthermore, the case of Mortgage Fraud and Financial Identity Theft were reported to the three credit bureaus TransUnion, Experian, Equifax, CFPB, FTC, and the FBI (9034). The Mortgage Case was reported to the IRS on May 2, 2017. Based upon all of what was clarified to the City of Chicago; George Scott who is the owner of One Stop Towing should not have taken me and my brother's vehicles under these federal laws. George Scott should have not got involve with PNC Bank, NA with performing any unfair and deceptive business practices against me and my family. George Scott should not have mentioned anything over the telephone to me of paying any penalties after I informed to him that there was no foreclosure on any of my credit reports. George Scott should have followed the correct procedures due to me being a Victim of Mortgage Fraud and Identity Theft. Therefore, George Scott have performed an act of theft and embezzlement against me and my family members. George Scott used his towing Company to steal me and my brother's vehicles under false pretenses made by PNC Bank, NA. Number 1 Violation: George Scott is in violation Under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated. Number 2 Violation: George Scott is in Violation under 42 U.SC §666 for unlawfully towing my vehicle under false pretenses being made by PNC Bank, NA. Number 2 violation George Scott is in violation under 15 U.S. Codes 45 for getting involve with PNC Bank, NA to perform unlawful acts of Deceptive Business practices against me and my family with an intent

50

to gain financially (George Scott mentioned to me about paying penalties and fines for a vehicle that I disputed with NHTSA). Number 3 Violation: George Scott is in violation under 18 US Code Chapter 31 Embezzlement and Theft for stealing me and my brother's vehicles. Number 4 Violation: George Scott is in violation under 5 U.S.C Sec 552a(g) including damages and criminal penalties under the Privacy Act Rule 142. Judicial Remedies and Penalties for violating the Privacy Act of coming on private property and stealing me and my family member vehicles or possessions. Number 5 Violation: George Scott is in violation under National Highway Traffic Safety Administration Privacy Act of 1974-public Law 93-579 See 49FR 53971 (Sep3, 2004) for towing a vehicle that have a pending FMC 360 case. Number 6 Violation: George Scott is in violation under Rule 4 Title 49 Chapter 301 for towing a vehicle that only should have been initiated between NHTSA and the manufacturer in which the consumer is entitled to a vehicle replacement at no cost. I pray that the Court deem what is appropriate. I, Trina L. Carpenter accept the will of the Greatest, The Best, and everlasting within my civil rights as a consumer.

Defendant

Jeff Dayton

*NCB Management Services*

Under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding i, Trina L. Carpenter & Family Civil Rights were violated. On July 14, 2016; I, Trina L. Carpenter was advised by Jeff Dayton of NCB Management Services to call the three credit bureaus to delete NCB Management Services from my credit reports due to me being deceived by Midway Dodge to Co-signing to a vehicle purchased on I/21/2012 along with my daughter as my witness that my name will come from under the agreement after six months of the date when vehicle was purchased. Also, the vehicle was sold to me and my daughter with hidden damages

51

that we were unaware of. The vehicle was originally financed under Santander Consumer USA INC. The

vehicle should not ever have been financed with such damages. I, Trina L. Carpenter originally started

disputing the original creditor Santander Consumer USA INC. on January 9, 2014. According, to the evidence;

the vehicle was disposed of on January 22, 2014. I, Trina L. Carpenter to the best of my knowledge

remembered the vehicle being taken during the time I started making complaints to Midway Dodge and

Santander about the hidden damages that we were unaware of in the year of 2014. According, to

Santander's records the vehicle was taken on 12/201/2013. I, Trina L. Carpenter spoke to a gentleman by the

name of Markist who would not give out his last name to me over the telephone on March 30, 2017. Markist

stated that there can be a paperwork error of the exact date my daughter's vehicle was taken.

Markist stated that he works in Customer Service of Santander. The reason I listed Jeff Dayton of NCB

Management Services as a defendant, since he has stated that I had a right to delete this account from my

credit reports. Thus; after Jeff Dayton has advised me to call the credit bureaus to delete NCB Management

from our credit reports I started experiencing harassment by mail and telephone. I, Trina L. Carpenter feel

that Jeff Dayton was behind all this harassment after he advise me to call the three credit bureaus to get NCB

Management deleted from our credit reports. Jeff Dayton and his employees should not have been harassing

me after he advised me of my consumer right to have NCB Management Services deleted from our credit

reports since the vehicle was taken from us after we had started disputing the vehicle. Jeff Dayton and his

employees of NCB Management was made aware that the vehicle had hidden damages that me and my

daughter was not aware of at the time of purchase, and that the vehicle was taken from us after we started

disputing it. Jeff Dayton should have informed his employees not to harass me and my daughter and he

should had made sure his employees honestly cooperate with the three credit bureaus wit deleting NCB

Management from our credit reports once he had given me the OK to call the credit bureaus and have NCB

Management deleted from our credit reports. Number 1 Violation: Jeff Dayton is in violation Under Sec 207

[42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home,

vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights

were violated. Number 2 Violation: Jeff Dayton is in violation under the fair credit reporting act 15 U.S.C. §

1681 for enacting his employees not to cooperate with the three credit bureaus to remove NCB Management

from our credit reports after he has advised me to have NCB Management removed from our credit reports.

Number 3 Violation: Jeff Dayton is in violation under 15 U.S. Code§ 45 for unfair and deceptive business

practices. Jeff Dayton read me the right to delete NCB Management from our credit reports but, instead

deceptively did not follow through with the procedures with the credit bureaus. Number 3 Violation: Jeff

Dayton is in violation under 5 U.S.C. Sec 552a(g) for discussing a vehicle with a related entity after the vehicle

was taken from us. Number 4 Violation: Jeff Dayton is in violation under 15 U.S.C Section 1692(a) contrast to

statutory Scheme of Truth in lending Act of the collections of debts for the related entity. Jeff Dayton was

aware that he was attempting to collect a debt on a vehicle that was disputed due to hidden damages and he

was made aware of the vehicle being taken away from me and my daughter. Number 5 Violation: Jeff Dayton

is in violation under 18 U.S. Code Chapter 31 for embezzlement and Theft. Since Jeff Dayton was aware that

the vehicle was taken from us in disposed of. Number 6 Violation: Jeff Dayton of NCB Management is in

violation under 47 U.S. Code § 223 for enacting his employees to harass us by the telephone calls 50,000 for

each violation. Number 7 Jeff Dayton is in violation under 18 U.S. Code § 876 for harassing me and my

daughter by mail with an intent to collect a debt. I, Trina L. Carpenter & family pray that the court deems

what is appropriate. I, Trina L. Carpenter & family accept the will of the Greatest, the Best, and the

Everlasting within my civil rights as a consumer.

Defendant

Michelle Sack

*NCB Management Services*

Under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated. I, Trina L. Carpenter informed Michelle Sack of NCB Management Services in July 2016 that her employee Jeff Dayton of NCB Management Services advised me to contact the three credit bureaus to delete NCB Management from me and my daughter's credit reports on July 14, 2016. I, Trina L. Carpenter informed Michelle Sack that I had a right to dispute NCB Management Services since Midway Dodge sold me and my daughter a vehicle with hidden damages that we were unaware of. I informed Michelle Sack that Midway Dodge misrepresentative us into the repossession process by deceiving me that my name will be deleted from the loan of the vehicle in six months. Michelle Sack who has sent us a file with proof of documentation that prove that I was disputing the vehicle in 2014 was aware that the vehicle was taken from me and my daughter and disposed of on January 22, 2014.  Instead of Michelle Sack following the procedures to cooperating with the credit bureaus to ensure that NCB Management be deleted from our credit reports; Michelle constantly harassed me and my daughter by telephone about this account to the extreme. Michelle Sack harassed us by mail; sending us notices for attempt to collect for a debt. Michelle Sack even sent us mail trying to get us to settle with her to pay off an account after she was that was okayed to be disputed. Michelle Sack was aware that we did not have possession of the vehicle under the account and we have been disputing this account which should have not been purchased by NCB Management Services since the vehicle was reported of having hidden damages and have become a total loss vehicle. Michelle Sack was constantly harassing me and my daughter by telephone about this account to the extreme. Michelle Sack called me numerous times from private numbers to harass us about the debt. Somehow

54

Michelle Sack called an acquaintance of mines and inquired about my daughter's personal business. I remembered of the acquaintance informing me about the incident. I told my acquaintance not to answer his phone based upon the fact that Michelle Sack had no reason to inquire about or harass anyone pertaining to any one's personal business to satisfy her obligation to force us to pay a debt that has been seriously disputed. Michelle Sack had no reason to call and inquire about my daughter if we did not have possession of the vehicle under the account that we were disputing. Michelle Sack went over the limit with this harassment against me and my family. Because of all this harassment, I, Trina L. Carpenter stayed in touch with the three credit bureaus and which has escalated into a serious investigation. The credit bureaus asked me was I in litigation with NCB Management Services. At the time, I was not in litigation with NCB Management Services. Thus; Michelle Sack is listed as a defendant for performing unfair and deceptive business practices against me and my daughter that has gone over the limit. I was advised by the three credit bureaus that my update police report JA164183 of deceptive practice Financial Identity Theft that has gone over the limit should cover me and my daughter from owing NCB Management any money due to the harassment that has gone over the limit by NCB Management Services against me and my daughter. Thus far; my daughter has received seven-year fraud alert from all three credit bureaus. I, Trina L. Carpenter already had seven-year fraud alerts on all three of my credit reports because of the Mortgage Case. Under Equifax Confirmation 6280050834 my daughter faxed a dispute against NCB Management dated January 28, 2017. On February 3, 2017, my daughter received seven-year fraud alerts from all three credit bureaus. Under Experian, her seven-year fraud alert number is 2175221261. Under TransUnion her seven-year fraud alert file number is 324039798. Under Equifax her seven-year fraud alert number 020304124. Thus far; NCB Management Service is deleted from under my Experian Report Number 0428213180 dated February 21, 2017. Number 1 Violation: Under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396rS

which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated. Number 2 Violation: Michelle Sack is in violation for mail harassment under 18 U.S. Code § 876 for harassing us by the mail. Number 3 Violation: Michelle Sack is in violation under 18 U.S. Code § 2261A for stalking my daughter with the intent to harass to pay a disputed debt. Number 4 Violation: Michelle Sack is in violation under 47 U.S. Code § 223 for obscene or harassing telephone. Number 5 Violation Michelle Sack is in violation under 15 U.S. Code Section 1692(2) contrast statutory Scheme of Truth in Lending Act of the collections of debts for the related entity. Number 6 Violation: Michelle sack is in violation under 15 U.S. codes 45 for using unfair and deceptive methods for the intent to collect a debt. Number 7 Violation: Michelle Sack is in violation under 15 U.S.C. Section 1681a for inquiring my daughter's information.  Michelle Sack is in violation under 18 U.S. Code Chapter 31 for embezzlement and Theft since she is harassing me and my daughter with the intent to collect a debt of a vehicle that we disputed as a total loss. One of the numbers that Michelle Sack called me from was listed on as (855)326-9762. I, Trina L. Carpenter pray that the court deems what is appropriate. I, Trina L. Carpenter & Family accept the will of the Greatest, the Best, and the Everlasting within my civil rights as a consumer.

Defendant

Rachel Koster

*Santander Loss Mitigation Manager*

Under Sec 207 [42U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated. On Friday March 31, 2017 I, Trina L. Carpenter called Santander and spoke to a gentleman by the name of Jesse White in the Deficiencies Department of Santander Consumer USA INC. I, Trina L. Carpenter informed Jesse White that I have been disputing Santander Consumer USA with the three

credit bureaus since 2014 because the vehicle was sold to us by the dealership with hidden damages and I was promised that my name will be off from under the account in six months. I Trina L. Carpenter informed Jesse White that I have a Police Report of Deceptive Practice and Financial Identity Theft that have gone over the limit. I also informed Jesse White that I have spoken to many employees at Santander in these employees will not share their lasts names. Jesse White was the first employee of Santander USA to share his last name with me over the telephone. After Jesse White shared his last name with me he kindly informed me that he will transfer me over the correct department that has last handled my account under Santander before the account was sold to NCB Management Services. Jesse White stated to me before he transferred the call that the account was last handled by the Loss Recovery Department. Jesse White then transferred the call in a woman answered the call. I informed her that I have a Police Report Deceptive Practice and Financial Identity Theft that has gone over the limit. I stated to her that the call was transferred to this department because this was the last department to handle the account before this account was sold to NCB Management Services who I am also disputing. The young lady then shared her full name. She stated that her name was Rachel Koster and she stated that she is the manager over the Loss Recovery Department. For some strange reason when I asked Rachel Koster to share where she work at she stated that she cannot give out that information to me. She stated to me that she can only tell me the state that she works in. She stated to me that woks in Colorado; but she will not give me an address. I, Trina L. Carpenter reported to the Northern District that Koster will not tell me where her place of employment is located at. I was further advised to further investigate to find out where Rachel Koster is employed at. Through serious investigation I discovered where Rachel Koster place of employment is located. Rachel Koster place of employment is 12300 E. Arapahoe Rd. Centennial CO 80112. It was clarified that Rachel Koster is employed at that address. I, Trina L. Carpenter discovered that Rachel Koster has been the Loss Mitigation Manager at Santander Consumer USA

since November 2008-and she presently is the Loss Mitigation Manager. I Trina L. Carpenter discovered that Rachel Koster was the Loss Mitigation Manager at Santander Consumer USA INC. at the time our vehicle was taken from us in disposed of on January 22, 2014. Due to these misconducts performed under the management of Rachel Koster she is listed as a defendant. Number 1 Violation: Rachel Koster, Loss Mitigation Manager is in violation Under Sec207 [42U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated. Number 2 Violation: Rachel Koster, Loss Mitigation Manager of Santander Consumer USA Inc. is in violation under 18 U.S. Code § 1028 for fraud and related activity about identification documents, authentication features, and information due to the fact Rachel Koster knowingly sold me and my daughter's information to NCB Management services for the Financial purposes of satisfying an obligation to recover for a total loss vehicle that has been disputed. Number 3 Violation: Rachel Koster Loss Mitigation Manager is in violation under 15 U.S.C Section 1692 (a) contrast to statutory scheme of truth in lending act of collections of debt for the related entity. Under the management of Rachel Koster the account was sold to NCB Management Services for the purposes to collect money for the debt. Number 4 Violation: Rachel Koster; Loss Mitigation Manager of Santander Consumer USA is in violation under 18 U.S. Code Chapter 31- for Embezzlement and Theft for taking a vehicle that was being disputed and disposing it on January 22, 2014. Number 5 Violation: Rachel Koster Loss Mitigation manager of Santander Consumer USA is in violation under the Privacy Act 5 U.S.C. Sec 552a(g) for invading one privacy in including a vehicle that we disputed and reported as a total loss due to hidden damages that we were unaware of which Rachel Koster should be penalized for damages and NCB Management to harass me and my daughter by telephone to pay a debt. Number 6 Violation: Rachel Koster is in violation under 10 U.S Code § 921 Rule 121: Larceny and wrongful appropriation. Rachel Koster did not follow the appropriate

procedures for a total loss vehicle that has been disputed. Number 7 Violation: Rachel Koster is in violation under 18 U.S. Code § 876 for causing NCB Management Services to harass me and my daughter by mail to collect a debt. Number 8 violation: Rachel Koster is in violation under 18 U. S. Code § 2261A for causing NCB Management to stalk me and my daughter by mail for the purpose to collect a debt. Number 9 Violation: Rachel Koster is in violation under 47 U.S. Code § 223 for causing NCB Management to harass me and my daughter by telephone with the intent to collect a debt. Number 10 Violation: Rachel Koster is in violation under 15 U.S. Code § 45 for performing and causing others to perform unfair and deceptive business practices against me and my daughter. Number 11 violation: Rachel Koster is in violation under 28 U.S.C.§ 1746 for conspiring against what I executed and taking my vehicle. I, Trina L Carpenter pray that the court deems what is appropriate I, Trina L. Carpenter & Family accept the will of the Greatest, The Best, and the Everlasting within my civil rights as a consumer. Santander Consumer USA Inc. remain to be under investigation by the credit bureaus. Thus far; Santander has been deleted from my credit report under Experian Report Number 04282131. Thus far; my daughter has received a seven-year fraud alert from all three credit bureaus. I, Trina L. Carpenter already had seven-year fraud alerts on all my credit reports because of the Mortgage Case. Under Equifax Confirmation 6280050834 my daughter faxed a dispute against NCB Management dated January 28, 2017. On February 3, 2017, my daughter received seven-year fraud alerts from all three credit bureaus. Under Experian, her seven-year fraud alert number is 2175221261, under TransUnion the seven-year fraud alert file number is 324039798. Under Equifax the seven-year fraud alert number is 020304124.

*Defendant*

Rahnee Patrick

*Director of Independent Living (Access Living)*

Under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated.  I, Trina L. Carpenter & family civil rights were violated by Rahnee Patrick starting February 23, 2016. On February 23, 2016; I had an appointment with Rahnee Patrick at Access Living. It was demanded by Rahnee Patrick that my Clinical Therapists had to be present with me at this appointment to show that I am credible. The purpose of this appointment, was to clarify to Rahnee Patrick that I am a Victim of Mortgage Fraud and Identity Theft who has been under constant doctor's care due to emotional stress. Rahnee Patrick stated to me that my preponderance of evidence which included a police report was not enough to clarify this. I previously showed Rahnee Patrick that I had a case with the federal around that time. I clearly stated to Rahnee Patrick several times that I am a first-time homebuyer that had a Mortgage Case with the federal against PNC Bank, NA and I needed help to move the case forward.   She stated that the only way that I will be clarified to receive the help that I needed is to bring my Clinical Therapists along with me to meet her at her place of employment which is Access Living located at 115 West Chicago Illinois 60654 on February 23, 2016.  The appointment to meet with her was discussed over the telephone on a three-way call with Rahnee Patrick, my Clinical Therapist and myself in the early part of February maybe February 10 to be exact. So, on February 23, 2016, I arrived to Access Living early with a preponderance of evidence and I waited on my Clinical Therapist to arrive so that Rahnee Patrick can see that I was telling the truth about my situation. When I arrive to Access Living for my appointment; I stopped at the receptionist desk.  I asked the receptionist will she call Rahnee Patrick to come down to the lobby because I had an appointment to meet her along with my Clinical Therapist being present. At that time, my Clinical Therapist have not arrived yet. Rahnee Patrick came down with Kristina Reis the Personal Assistant Coordinator at Access Living and we sat at the table and she had me to fill out an application for Milwaukee Apartments.  I remembered Rahnee

Patrick asking me was I for sure my Clinical Therapist was going to make it there. I told her to give him a little

more time to make it there my Clinical Therapist was running a little late. I remembered that I started filling

out the application to Milwaukee Apartments before my Clinical Therapist had arrived there. Rahnee Patrick

stated to me to fill out the application to the best of my ability. While I was filling out the application my

Clinical Therapist finally arrived at Access Living. I remembered Rahnee Patrick asking me was that him

coming in the door. As I recalled Access Living to being a glassy environment, which had a good view and you

can see who was arriving through the glassy entrance. The receptionists had to buzz you through the door

and you sign in. As my Clinical Therapist had arrive, he recognized me sitting at the table filling out my

application for Milwaukee Apartments with Rahnee Patrick and Kristina Reis the Personal Assistant

Coordinator. So, he came over to the table and I introduce him to Rahnee Patrick and he was also introduced

to Kristina Reis who was also sitting at the table. I remembered my Clinical Therapist had a letter of

statement that he typed that explained that I was under his care and had been under his care for quite some

time. I remembered my Clinical Therapist going over the letter of statement that he typed describing my

situation based upon me being this Victim of Mortgage Fraud and Identity Theft. My Clinical Therapist

thoroughly explained to Rahnee Patrick that I manage to graduate from college and that I also manage to get

my two children through school and they successfully have graduated under these stressful circumstances of

me going through this stressful mortgage case. My Clinical Therapist clearly stated to Rahnee Patrick that I

have raised my family very well. My Clinical Therapists clarified with Rahnee Patrick that I receive Social

Security Benefits and he clearly explained my mental health with Rahnee Patrick. I remembered that he

clearly stated to Rahnee Patrick that I had some stressors due to the Mortgage Case that I was going through.

At that time, up to now; I have been under a lot of emotional stress due to going through these lengthy

procedures and trying to stay on the right track to be cleared of unfair and deceptive business practices

which has been performed against me and my family. During that time, I had a police report that clarified

Deceptive Practice and Financial Identity Theft. After she interviewed me along with my Clinical Therapist, at

that time; I was through filing out the Milwaukee Apartments Application. I remembered Rahnee Patrick

making a statement to my Clinical Therapist after interviewed him stating "I Am Sorry You Swamp." I did not

know what she meant by that statement; but I went on in turned in my application for relocation to

Milwaukee Apartments to her. Afterwards, she gave me copies to keep for myself. She stated that she was

going to send the original copy of the application that I filled out to Milwaukee Apartments. I did remember

her telling me that there was no guarantee that I will be relocated there. I remembered asking Rahnee

Patrick do I turn a copy in to the federal and she told me to do what I feel is right. I remembered Rahnee

Patrick stating to me if the Cook County Sheriffs come out to my house just show them my preponderance of

evidence that I showed her including my Police Report and I should be fine. I remember Rahnee Patrick

handing me a card and which I still have the card today and it reads: Rahnee Patrick Director of Independent

Living. Kristina Reis gave me a card and it reads: Kristina Reis Personal Assistant Coordinator. Rahnee Patrick

hand wrote 311 on the right side of the card. I remember, Rahnee Patrick advising to me that I needed to go

through the City of Chicago if I needed some emergency assistance. I stated to Rahnee Patrick that my case is

a federal case and I need private assistance under the federal law. I remember that I later turned in

something to the federal proving that me and my Clinical Therapist met with Rahnee Patrick and I filled out

an application to relocate. I remember that I asked Rahnee Patrick how long is the process to relocate to

Milwaukee Apartments and she stated that I had to follow up with Milwaukee Apartment Staff to find out

about the process. She stated that in the meantime, I can go over to Milwaukee Apartments and check it out.

Finally, me and my Clinical Therapist finally departed from Access Living after Rahnee Patrick was done

interviewing him and I had turned in the application to relocate to Milwaukee Apartments to her. I

remembered I had my daughter to do some research on Milwaukee Apartments and we decided to ride

there to check out the environment. I remember calling Milwaukee Apartments and they said that it was a

long waiting list and it can take up to five years to be called for Milwaukee Apartments. We never did go

inside we just wanted to have an idea about the environment of the place. I followed back up with Rahnee

Patrick and told her that me and my daughter went by Milwaukee Apartments to check out the environment

but we never went inside. I informed Rahnee Patrick that I called Milwaukee Apartments and spoke to

someone and they said that the waiting list was long and can take up to five years to be called. I did not know

the procedures that Rahnee Patrick had to follow to get me and my family relocated under the federal

private assistance.  I just remember that Rahnee Patrick kept on insisting that I need to go to the City of

Chicago for emergency assistance. I asked Rahnee Patrick, "why are you trying to send me away from

receiving the federal help?" I told Rahnee Patrick numerous times that the case was a federal case and I do

not trust to share anything with the City of Chicago. I told her that the City of Chicago share your information

with other agencies. I told Rahnee Patrick that I needed private help so that my information will not be

shared with anyone except the appropriate agency that will assist me under the federal law.  I felt that

Rahnee Patrick played dumb like she did not know anything about assisting me to get private help under the

federal law. I stated to her numerous times, I read that her agency help consumers with receiving Personal

Assistance under the Federal Law for families who are in situations like mine. I stated to Rahnee Patrick

numerous of times that me and my household are Victims of Mortgage Fraud. I stated to Rahnee Patrick

numerous times that I had a Police Report of Deceptive Practice and Financial Identity Theft. I indicated to

Rahnee Patrick that I wanted to be <u>Relieved from Unfair and Deceptive Business Practices</u>. Suddenly, I felt

that Rahnee Patrick was not being truthful about the procedures. Rahnee Patrick gave me other places to

consider relocating; but, when I called those places there were long waiting lists. I remember that I called one

place that Rahnee Patrick referred me to and someone answered the telephone. I informed this person that I was a Victim of Mortgage Fraud and Identity Theft and I needed to relocate as soon as possible. The person that answer the telephone who would not give out her full name stated that Rahnee Patrick was just sending me off and was not telling me the truth. This person stated to me that this was not the place for people in my predicament. The person stated that Rahnee Patrick was not accommodating me appropriately. I stated to this person that I was going to call Rahnee Patrick and tell her this because I did not feel like Rahnee Patrick was accommodating me correctly according to my needs also. I felt like, Rahnee Patrick just suddenly kept playing dumb pretending like she did not know the federal procedures. I remember the purpose of the interview held on February 23, 2016 with Rahnee Patrick and her Personal Assistance Coordinator Kristina Reis; was for my Clinical Therapist to clarify the fact that I am a Social Security Recipient who is a Victim of Mortgage Fraud & Identity Theft who needed Private Assistance under the Federal Law. So later, I called Rahnee Patrick in informed her that I called a lot of those places that she was referring me to and when I called one place that she referred me to the person only gave out her first name. I explained to Rahnee Patrick that I informed this person that I am a Victim of Mortgage Fraud and Identity Theft. I told Rahnee Patrick what this person stated to me after I informed this person of my situation. I told Rahnee Patrick that the person stated to me that Rahnee Patrick was just sending me off and not telling me the truth. I told Rahnee Patrick that if she not going to be truthful with accommodating me in accordance to the federal law; then what was the purpose of the interview with me and my Clinical Therapist as we have already clarified with preponderance of evidence that I was credible? This resulted, that Rahnee Patrick has not showed herself to being credible. I later discovered through my research on Rahnee Patrick, why she made such a statement to my Clinical Therapist stating, "I Am Sorry You Are Swamp" after she had interviewed him about my needs February 23, 2016. For some strange unknown reason, my case was denied with the federal and

the case was proceeding to the US Supreme Court. Rahnee Patrick stated to me that I can come to her

Agency which is Access Living so that I can use the resources as she assists me to moving the case to the US

Supreme Court. It was the beginning of March, I called the US Supreme Court so that I can start a case with

them. I remember receiving a petition from the US Supreme Court to fill out. I, Trina L. Carpenter never had

a case with the US Supreme Court at that time, and I did not know what was expected of me to successfully

filling out the petition to file a case with the US Supreme Court at that time. I asked Rahnee Patrick can she

assist me with filing the US Supreme Court Case against PNC Bank, NA. Rahnee Patrick stated to me of

course, I can assist you. Well, I remember that I came back to Access Living on March 15, 2016 to use their

resources to get the right help under the impression that Rahnee Patrick was going to assist me through the

procedures. I cannot forget that day because this was the day of the General Primary Election. I, Trina L.

Carpenter came to Access Living very early on that day so that I can show how serious I needed the help.

Rahnee Patrick came in late that day for some unknown reason. When she came in she was informed that I

was there to see her so that I can get the help.   On that day, Rahnee Patrick was in an up roar and stated

that she could not take an appointment to see me and that I had to wait for her to call me to schedule an

appointment with her. I remembered that I called the US Supreme Court that day and informed them that I

needed help to fill out the petition. I asked them what is expected of me and they told me to fill out the

petition the best way I can. I remember asking the receptionist at Access Living can I use the phone to call the

US Supreme Court back just in case, if I have any further questions to ask them while I fill out the petition.

They stated to me that I can use their phone in a private room. When I went to use their phone to dial out to

the US Supreme Court someone came in the room and told me that the phone at Access Living does not

allow me to call out to the US Supreme Court. The phone system there was hard to use because when you

dial out there it goes back to an operator. For some strange reason, I was told to that I had to leave the

Private Room they allowed me to have access to so that I can make important phone calls if I needed to. They suddenly stated that someone needed to use that room and I had to go back out to the lobby if I need any further help. I remember asking someone can I make an appointment why I was still there instead of waiting on Rahnee Patrick to call me because I needed federal assistance right away. I stated "Rahnee Patrick had promised me that she will help me file the petition with the US Supreme Court." I remember, the receptionist calling upstairs to Rahnee Patrick and the receptionist stated that Rahnee Patrick's line was going to voice mail and I was asked to sit down and wait a little longer while the receptionist try to contact Rahnee Patrick. Somehow, the receptionist finally could catch Rahnee Patrick on the telephone to tell her I needed to see her right away. In response, Rahnee Patrick left word with the receptionist to tell me that she had several meetings that day and I need to wait for her to call me back when I get home. When I got back home I did not get a return call right away from Rahnee Patrick that same day. All I can remember that Rahnee Patrick call me on the evening of March 18, 2016. She stated to me that she was not obligated to help me and she further asked me to meet her at her office so that I can go with her to meet with some people at 567 West Lake Street Chicago, Illinois. I asked Rahnee Patrick why suddenly, she change her mind about helping me with the US Supreme Court Case and now she want me to meet her to meet some unknown people at 567 west Lake Street which is also located downtown but away from her place of employment at Access Living at 115 West Chicago. I thought that this was mighty strange of Rahnee Patrick, f wanting me to meet with her so that we can meet with some people somewhere else besides her place of employment. I asked Rahnee Patrick why was we meeting these people and who are these people that she want me to meet up with. Her response; was for me to sign up for an Economic Development Program at CEDA. Then I stated to Rahnee Patrick that I am a Victim of Mortgage Fraud and Identity Theft and I need federal assistance. I told Rahnee Patrick that this did not sound like the appropriate place to accommodate

me according to my needs. Then Rahnee Patrick finally told me that these unknown persons that she wanted

me to meet told her that I do not trust anyone. I told Rahnee Patrick that is true I do not trust no one. Then

Rahnee Patrick stated, "you trust me don't you." I responded "no." I then told Rahnee Patrick to have these

unknown persons who she wanted me to meet to call me. Shortly after that, someone called my phone line

from a strange number that showed up on my caller ID as a cellular call from phone number (773)554-8326. I

decided to answer the phone. This person that called me that sounding like a Non-African American Male

asked to speak to my son and he stated my son's name. I remember asking him want did he want. He then

made a threat and stated that he was going to the Police Station to put some charges on my son. I then

hanged up the phone and I said to myself that I would not call Rahnee Patrick again to do any business with

her anymore. I thought to myself that Access Living must not be the appropriate place for me with a federal

case and I decided to move on from Access Living to be cleared of Unfair and Deceptive Business Practices.

Shortly after, my Clinical Therapist called me and informed to me that Rahnee Patrick called him to ask him

some information about me. My Therapist told me that he told Rahnee Patrick that he cannot give Rahnee

Patrick any further information about me without my written consent. I became suspicious of this whole

situation, I then told my Clinical Therapist that Rahnee Patrick just was trying to get me to meet with her so

that I can meet up with some unknown people at 567 west Lake. And she asked me of a question of trust

because these persons told her that I did not trust anyone. I told my Clinical Therapist that I told Rahnee

Patrick that this is true I do not trust anyone. I told my Clinical Therapist that Rahnee Patrick stated to me

"you trust me don't you." I told him that I answered no. I told my Clinical Therapist that I told Rahnee Patrick

to have the people to call me and shortly after some call me from a strange number. My Clinical Therapist

asked me what did this person say that called from this strange number. Then I told my Clinical Therapist that

the person threatens to put some charges against my son and this person stated my son's name like he knew

him. I told my Clinical Therapists that I hanged up the phone and that I decided not to call Rahnee Patrick

again. After that incident, I receive a piece of mail from Rahnee Patrick dated March 17, 2016 but I had

already decided not to call Rahnee Patrick anymore for any other assistance. Access Living is on my do not

list. I do not want to do any business with Access Living I moved on. For some reason, I am still receiving mail

from Access Living and I last received some mail from Access Living dated April 13, 2017 by Rahnee Patrick. I

already have turned in a lot of mail from them to the federal court. I am making it clear to the federal court

that I have listed Rahnee Patrick as a defendant for her misconduct of conspiracy. I do not trust to do

business with Access Living again.  I remembered that the US Court of Appeals Clerk 1 of the Seventh Circuit

advised me to do research on anyone before I decide to do business with them. At that time, I done some

research on Rahnee Patrick, based upon my research; Rahnee Patrick investigate missing persons. Also, I saw

through my research that Rahnee Patrick share background information based upon a person's medical

information and then turn the person in as a suspect. After I discovered this about Rahnee Patrick; I became

more suspicious of her and I was glad I did not meet her anywhere to meet some unknown persons. I felt if I

would have met Rahnee Patrick I would up either came up missing or been turned in as a suspect.  I, Trina L.

Carpenter & Family are Victims of Mortgage Fraud and Identity Theft we are not suspects. Number 1

Violation: Rahnee Patrick is in violation under Sec 207 [42U.S.C 407] of the Social Security Law and the 42

U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court

proceeding i, Trina L. Carpenter & Family Civil Rights were violated.  Number 2 Violation: Rahnee Patrick is in

violation under 15 U.S. Code § 45 for using unfair methods of unlawful acts to get me to meet her

somewhere instead of helping me with personal assistance under the federal protection law. Number 3

Violation: Rahnee Patrick is in violation under 5 U.S.C Sec552a (g) for sharing information about me with

others without my written consent for the purpose to perform criminal acts against me and my family.

Number 4 Violation: Rahnee Patrick is in violation under 18 U.S.C Code§ 2261A to have someone to call me knowing that their intentions to kill, injure, harass, intimidate or place under surveillance. Number 5 Violation: Rahnee Patrick is in violation under 18 U.S. code Chapter 47 Fraud and false statement for conspiring with others to attempt to put fraud and false statements against me and my son to stop a pending fraud case. Number 6 Violation: Rahnee Patrick is in violation 15U.S. Code§1681a for calling my Clinical Therapist against my consent and trying to get him to give information against my consent. I Trina L. Carpenter & Family seriously pray that the courts deem what is appropriate. I, Trina L. Carpenter accept the will of the Greatest, the Best, and the Everlasting, within my civil rights as a consumer.

*Defendant*

*Kevin Hannigan*

*City of Chicago Hearing Administration*

Under Sec 207 [42U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated. I, Trina L. Carpenter had experience something with Kevin Hannigan of the City of Chicago Administration around maybe the early part of April 2015. As far that I can remember, after I filed a case with the National Highway Traffic Safety Administration(NHTSA) under Reference Number 10683088; Dated February 12, 2015. I had started experiencing harassment from the City of Chicago. I remembered that I was receiving notices of parking violations after I reported to NHTSA of the defects of my vehicle. On February 10, 2015; I noticed that my vehicle was smoking. Somehow, I reported this incident to NHTSA, the Ford Manufacturer, and McCarthy Ford. The vehicle was purchased at McCarthy Ford in 2004. Once I had reported the vehicle to NHTSA, I was not driving the vehicle anymore. I parked the vehicle. An acquaintance of mine let me park my vehicle on his private parking lot and the vehicle sat there for many months. Later, I

had someone to help me move the vehicle to the back of my house. The vehicle has not been driven and I reported to NHTSA that I had to move the vehicle to the back of my house. For some strange unknown reason, I started receiving some harassment from the City of Chicago about parking violations tickets that I was unaware of since I was not driving the vehicle anymore. I remembered; I called the City of Chicago to request a hearing because of this harassment. I remembered the City of Chicago sending me a ticket violation stating that my vehicle was somewhere that I know my vehicle was not. Since I was not driving the vehicle and I know for a fact that my vehicle was not there because I have not drove my vehicle since I reported it to NHTSA in February of 2015. For example, I remember receiving a ticket that was in error. The ticket stated that my vehicle was on 6900 block of Racine in Chicago, IL at a midnight hour time. I cannot remember the exact time it had but I do remember it had a time anywhere between 11:00 midnight hour and 12:00 midnight hour. and I caught this error and followed up with the City of Chicago immediately. For one, I do not hang on the 6900 Block of Racine so the violation was under a false pretense. Secondly, I do not hang out that late in the City of Chicago especially not in that neighborhood. Due to this; the violation did not pertain to me. Also, as stated earlier I was not driving my vehicle anymore due to defects that I reported to NHTSA. Based upon this, I felt that I was not obligated to pay for any violation, penalties, or fines by the City of Chicago if it did not pertain to me. I, Trina L, Carpenter followed through with the City of Chicago of a hearing that was held sometime in maybe April or May of 2015. To the best of my memory; I recalled attending a hearing with the City of Chicago around April 2015 and I came to the hearing with evidence of my NHTSA Report. I cannot remember the Administrative Law Judge name but I remember the Administrative Law Judge informing me that the City of Chicago does not really get involve with anything pertaining to NHTSA Cases. I remembered that the Administrative Law Judge referred me to his supervisor on the 2nd Floor of the hearing room. The man that he referred me to name is Kevin Hannigan. I spoke to Kevin Hannigan and

explained to him that the Administrative Law Judge sent me up to see him because of my case with NHTSA. Kevin Hannigan looked over my evidence and I remembering him telling me that the City of Chicago rules does not apply to my NHTSA Report. I remember also explaining to Kevin Hannigan that I receive Social Security Benefits. Then Kevin Hannigan stated to me that I can either agree to a payment plan or if I do not agree to a payment plan to go to the Municipal Court located in the Daley Center of Cook County. I told Kevin Hannigan, that I done my research and I feel that I was not liable for the ticket violations. Kevin Hannigan told me if I do not agree to the violations then I need to follow up with this in Municipal Court. Kevin Hannigan stated that the City of Chicago was not going to grant me for any violations that occurred before the date of my NHTSA Report. I just felt later; that Kevin Hannigan just sent me off and did not want to follow the correct procedures under the federal law. The reason I felt this way because he brushed me off and I went through the Municipal Court of Cook County and I remember that I was attending hearings there. I remember, I have gone to the Secretary of State in August of 2015. I was advised by the Secretary of State to take my plates off my vehicle so that I would not receive any more parking tickets. I obeyed the Secretary of State and removed the plates from my vehicle. At the last hearing with the Municipal Court, I remember this judge by the first name of Joseph (I cannot remember the last name) informing me after I had informed him I had a NHTSA Report I was misled by Kevin Hannigan and I needed to seek advice. The case needed to be referred to the Secretary of State to resolve the matter instead of the Municipal Court. I became very frustrated; due to Kevin Hannigan not following the correct procedures and instead, misinformed me causing me to waste time at the Municipal Court of Cook County. After Kevin Hannigan misled me and caused me to waste my time at the Municipal Court; I remember me and my son receiving a notice from Experian dated October 5, 2015 informing us of Incidents of Identity Theft. I did not understand what was going on, but I remember talking to all three credit bureaus and I was advised by them to file a police report. I filed a police

71

report over the telephone. After this, I remember that I went to the Secretary of State on 17 N. State and requested a hearing. After I requested the hearing, I later received a notice of a hearing from the Secretary of State dated December 15, 2015. I, Trina L. Carpenter attended the hearing with the Secretary of State under Hearing Officer Kenneth Johnson. I remember that i informed to Kenneth Johnson that I have been misled and I was advised to resolve my NHTSA Case here. I remember that I inform Kenneth Johnson that I am a Victim of Identity Theft and Mortgage Fraud. At that time, I did not understand what was going on. All I can remember, that I had a Police Report of Identity Theft dated November 10, 2015. And I followed up with the Federal Trade Commission with the Identity Theft Report. I was assigned FTC Number 66944593. I remember, Hearing Officer Mr. Kenneth Johnson referring me to a City Amnesty Program. Kenneth Johnson did not explain to me why he was referring me there and did not give me any instructions of when I should come back to the Secretary of State. I was not aware of what was going on. To best of my memory, I, Trina L. Carpenter went to City Hall on 121 N. LaSalle Room 107 that same day, to sign up for a City Amnesty Program, and I was later harassed by the City of Chicago. I remember receiving something in the mail in January 2016, with the City of Chicago being listed under my Mortgage Case along with PNC Bank, NA and its attorneys Clark Hill PLC as legatees. I was not aware what was going on but, I followed back up with the City of Chicago on January 19, 2016 and I went back to room 107 on 121 N. LaSalle and gave them a preponderance of evidence including a police report proving that I am a Victim of Mortgage Fraud and Identity Theft. At that time, my case was in the US Court of Appeals for the Seventh Circuit. I remember, informing the U.S. Court of Appeals for the Seventh Circuit and turning in evidence of a notice from Cook County as far that I can remember it had PNC Bank, NA and its Clark Hill PLC and the City of Chicago listed as legatees of my Mortgage Case. I did not know why I was being harassed. I do not know what all was behind this serious harassment, but I know all of this occurred after I was misled by Kevin Hannigan, sending me

back to Cook County Municipal Division for Traffic Court just because he did not want to follow the right

procedures to resolve my NHTSA Report. Number 1 Violation: Kevin Hannigan is in violation under Sec 207

[42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home,

vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights

were violated. Number 2 Violation: Kevin Hannigan is in violation under 15 U.S.C § 45 for misleading me of

the procedures pertaining to my NHTSA Report. Number 3 Violation: Kevin Hannigan is in violation under 18

U.S.C. Code § 1028 If he caused me and my son's Identity to be tampered with in connection to a pending

court case. I do not know what was going on. All I know that I was informed by Experian dated October 5,

2015 that me and my son's identity was stolen about 6 months later after I was misled by Kevin Hannigan. I,

Trina L. Carpenter Pray that the court deems what is appropriate. I, Trina L. Carpenter & Family accept the

will of the Greatest, the Best, and the Everlasting within my civil rights as a Consumer.

Defendant

Jack Hallberg

*Allstate Insurance Agent*

Under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count

the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family

Civil Rights were violated. After I sued Allstate Insurance in state court under Case Number 09 M1 206243 in

which the case was dismissed December 17, 2010; I had not contacted Allstate Insurance since. I have not

called Allstate Insurance and I do not want to do anymore business with Allstate Insurance. Allstate Insurance

is still taking money out of my bank account. I am not going to call Allstate Insurance about this. I am just

going to let the Federal Court handle Allstate Insurance. My reason for this is that I am turning Allstate

Insurance Agent Jack Hallberg in to the Federal Court because Agent Jack Hallberg-Valek Agency of Allstate

73

Insurance mailed a document to my residence with a false signature of my name. Above the false signature, it states: "Please fill out the following information and mail it back to us in the envelope provided. Our office will contact you prior to your next renewal. You can come in or contact us directly at the number listed above for a comparison quote." Jack Hallberg of Allstate Insurance sent me this notice twice in the same week. I remember this notice came to me by mail around the same time that PNC Bank, NA Insurance Center sent me a 17-page document dated February 29, 2016. In that 17-page document that PNC Bank, NA Insurance Center mailed to me it stated something about a one-year renewal of the hazard Insurance. I, Trina L. Carpenter have not been communicating with PNC Bank, NA nor Allstate Insurance Company. I felt that this was a life-threatening situation that needed to be addressed to the federal court for serious harassment. Number 1 Violation: Jack Hallberg is in violation under Sec 207 [42U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated. Number 2 Violation: Jack Hallberg of Allstate Insurance is in violation under 18 U.S Code § 2261A for sending me mail to come in or contact them with the intent to kill, injure, harass, intimidate, or place under surveillance. Number 3 Violation: Jack Hallberg of Allstate Insurance Company is in under 18 U.S. Code § 876 for mail threatening communications. Number 4 Violation: Jack Hallberg of Allstate Insurance Company is in violation under 8 U.S. Code§ 1324 Rule 1900: For Forgery by False Signature which was sent to me in the mail by Jack Hallberg. Number 5 Violation: Jack Hallberg of Allstate Insurance Company is in violation under 15 U.S. Code Chapter 47 for sending me a fraudulent document and False statement. Number 6 Violation Jack Hallberg of Allstate Insurance Company is in violation under 15 U.S. Code 45 for conspiring with PNC Bank, NA Insurance Center against me. Based upon the fact that I received this document of a false signature of my name around the same time I received a 17-page document from PNC bank, NA Insurance Center. I, Trina L. Carpenter pray that the court deems

74

what is appropriate. I, Trina L. Carpenter & Family accept the will of the Greatest, the Best, and the Everlasting within my Civil Rights as a Consumer.

<u>Defendant</u>

Porchia Peavy-Green

*Property Manager (Milwaukee Apartments)*

Under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated. Since, I Trina L. Carpenter filled out an application with Milwaukee Avenue Apartments on February 23, 2016 under the assistance of Director Rahnee Patrick of Access Living. I never did know what procedures that Rahnee Patrick was supposed to follow under federal law after I turn the application in to her in the presence of my Clinical Therapist. I never knew what Rahnee Patrick has done with Milwaukee Apartments. All I know, that I do not trust Rahnee Patrick. Therefore; I do not know if I can trust to do business with Milwaukee Apartments due to Rahnee Patrick conspiring against me and my family on March 18, 2016. Remember, I stated that Rahnee Patrick asked me to meet with her with some unknown persons and after these unknown persons threaten to put false charges against my son I can of loss interest of relocating anywhere that have something to do with Rahnee Patrick. I, Trina L. Carpenter received an Annual Update Letter Dated December 31, 2016 from Milwaukee Apartments since the date I originally applied with them on February 23, 2016. The Annual Update application was a two-sided front and back original copy in which the original application was on the back-side. Attached with this; was a one-sided duplicate copy of the original application. I, Trina L. Carpenter was wondering why Milwaukee Avenue Apartments sent me a duplicate copy to fill out along with the original copy. On page one of the original two-sided copy there was no name listed in the space in between "Sincerely, and Waiting List Coordinator." I

75

became suspicious about that so I decided to do a pop up visit to Milwaukee Apartments to do my own investigation of what was going on. I went to Milwaukee Apartments on January 12, 2017. I went in and through the glass I saw a young lady sitting at her office desk. As, I tried to get in to speak to the young woman, she stated to me that I cannot just walk through the entrance. She stated that I needed to read the instructions to be buzzed in by her. However, she buzzed me in. I suspiciously asked her for help. I informed her that I originally filled out an application with them through Access Living. I did not give her no information about who I filled the application out through. I just simply stated to her that I needed to know who was who. I asked her who is the Waiting List Coordinator. For some unknown reason; she would not give me no information of who was who. She just told me that I can fill out the Annual Updated Application and mail it back to them at the address listed on the application. I asked her can I fill out the application in person in give it to her she stated no that I had to mail it back to them. I asked her what is your name? She told me her name and stated that she was the Property Manager. I asked her does she have a business card. She gave me a business card with her name as Porchia Peavy-Green Property Manager. I explained to her that I am a Victim of Mortgage Fraud and Identity Theft and I need immediate assistance. She advised me to fill out the application and mail it back to them. I told her that I listed my son name under my name on the original application. Then she insinuated to me that I can fill out the application with just my name on it. I stated to her that I was not going to change anything on the application due to me and my son & family being Victims of Mortgage Fraud and Identity Theft. I remembered her stating to me that they had a long waiting list and they go by the order of the waiting list only. I stated to her that I have a serious situation. I remember her telling me that my situation has nothing to do with there waiting list process. She stated that others are waiting on the waiting list just like me. She only just kept suggesting me to fill out the application to the best of my ability and mail it back. As I was leaving out of her office I stated to her that I was going to

76

send the Updated Application back certified mail and I will follow up with her once I think she had received my application. I remembered going to Saint Joseph Presence Hospital and filled out the application. A Staff Member at St Joseph Presence Hospital assisted me after I filled out the Application I made sure that I got a copy of Porchia Peavy-Green's card for evidence. I do not know if she conspired against me and my son. But I became very suspicious of Porchia Peavy-Green when she will not tell me who is over the waiting list but instead, she advised me to fill out the Updated Application with all my information. Porchia Peavy-Green insinuated for me to fill out the application with just my name on it. I told her that I was not changing any information due to me and my son & Family being Victims of Mortgage Fraud and Identity Theft. I called Porchia Peavy a week after I sent the Annual Updated Application certified mail. She basically was stated the same thing that she said in person when I did a pop up visit. She said that that had a long waiting list. I asked her who was he boss. Again; she will not give me that information. I do not understand why Porchia Peavy-Green have consumers to fill out applications with all their information but in return would not give out any information. I, Trina L. Carpenter thought this was unfair of Porchia Peavy-Green so I am listing her as a defendant to see was she conspiring against me in relation to Rahnee Patrick. Number 1 Violation: If so, Porchia Peavy-Green is in violation under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated. Number 2 Violation: Porchia-Peavy Green is in violation under 15 U.S Code § 45 unfair and deceptive business practices. Due to the fact, that she kept insisting me to fill out the information but is not following the procedures for under the federal law for persons who are victims of identity theft and mortgage fraud who have been displaced. Number 3 Violation: Porchia Peavy-Green is in violation under 10 U.S. Code § 921 for wrongful appropriation for not accommodating me and my family appropriate under serious situation of being Victims of Mortgage Fraud

and Identity Theft. Number 4 Violation: Porchia Peavy-Green is in violation under the privacy act law 5 U.S.C. 552(2) g for insisting that I fill out an application with all my name on it but in return will not give me any information that will benefit me. I feel that my information is being shared with unknown persons. Number 5 Violation: Porchia Peavy-Green is in violation under 18 U.S.C § 1028 if she is involved with Rahnee Patrick with Fraud and related activity in connection with identification, documents, authentication features and information. I pray that the court deems what is appropriate. I accept the will of the Greatest, the Best, the everlasting within my civil rights as a consumer.

Defendant

Peter A. Muntaner

*Peoples Gas North Shore Gas*

Under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated. I, Trina L. Carpenter disputed People Gas Under US Commerce Complaint Number 15-0910 May 1, 2015. On March 4, 2016; I executed within the United States, its territories, possessions or commonwealths my rights Under 28 U.S.C. § 1746 to dispute People Gas under federal law. Since I disputed People Gas they wrongfully charged me $1,942,94. Peoples Gas are in violation under U.S Commerce 5 U.S.C 552. Peoples Gas cut my Gas Service off on May 11, 2016 after I had informed them numerous a times that I am a Victim of Mortgage Fraud and Identity Theft who is under serious doctor care for Asthma & other health problems. I sent Peoples Gas a preponderance of evidence including Police Report. I have faxed numerous of doctor statements to People Gas and instead of Peoples Gas following the procedures; they cut the Gas Service off and I had to go to the emergency room because there were some cold days in the month of May after the Gas was cut off and this aggravated my Asthma Condition since I had no hot water. I, Trina L.

Carpenter & family listed Peter A. Muntaner of Peoples Gas North Shore Gas as a defendant because Mr.
Muntaner gave me his card at the hearing that was held on March 9, 2017 Under U.S. Commerce Complaint
Number 15-0910. Docket Number 16-0442. Mr. Muntaner's Attorney Richard Velázquez Partner of Daley &
Georges gave me his card.  I, Trina L. Carpenter informed both parties Peter A. Muntaner and his attorney
Richard Velázquez that I had an updated Police Report of Deceptive Practice Financial Identity Theft that has
gone over the limit. I informed them that I am moving forward with the procedures.  Both parties asked me
about some pertinent information. I told them that I cannot give them any pertinent information. Mr.
Muntaner's attorney asked me was I a Victim of Mortgage Fraud and Identity Theft and I answered yes. Mr.
Muntaner's Attorney asked me did I want to still do business with Peoples Gas. I told him that I was not there
to agree to anything. I told them that the Office of Chief Executive Elizabeth A, Rolando informed me to
submit the updated evidence. I, Trina L, Carpenter last spoke to Chief Clerk Elizabeth A. Rolando on May 4,
2017 and she inform me to just submit five copies of evidence when I come to the hearing on May 16, 2017.
Ms. Rolando stated that they are not connected with the procedures under the federal law. I informed Ms.
Rolando that I can only give them evidence that proves that the case has turned into a criminal investigation
but I cannot share pertinent information with them. I further informed that I will give updated evidence that
deems appropriate under US Commerce Case Complaint Number 15-0910. I informed Ms. Rolando that
Federal Procedures need to be followed to apply what is appropriate under Federal Law.  I only going to
share appropriate evidence under federal bodies only. The evidence that I will share will be Proof of a United
States Postal Inspection Service Criminal Investigation, A Form from the IRS, piece a mail that prove that I am
temporary away from the property, and an Updated Police Report. I, Trina L, Carpenter has already showed
proof of my Social Security Benefits. Based upon this the Federal Law need to be applied.  Under US
Commerce Complaint 15-0910 DOC Counselor Cindy Susmarski move the case to be heard in a formal

hearing. Thus, far I, Trina L. Carpenter went to two hearings the first hearing was on October 18, 2016. And the second hearing was held on March 9, 2017. There is an upcoming hearing on May 16, 2017.

Number 1 Violation: Peoples Gas are in violation Under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated. Number 2 Violation: Peoples Gas are in violation under 5 U.S.C. 552 for not following the private procedures under US Commerce Laws. Number 3 Violation: Peoples Gas is in violation under 28 U.S.C. § 1746 for wrongfully cutting off my gas after I executed my rights within the United States, its territories, possessions, or commonwealths. Number 5 Violation: Peoples Gas is in violation under 18 U.S. Code§242 for depriving my rights of commonwealths by wrongly cutting off my gas. Number 3 Violation: Peoples Gas are in violation under 15 U.S. Codes § 45 for unfair and Deceptive business practices. Number 4 Violation: Peoples Gas are in violation under 18 U.S. Code Chapter 47 for fraudulently cutting my gas services off without my authorization. I informed peoples gas that i am a Victim of Mortgage Fraud and Identity Theft. I never did authorize peoples gas to cut off my gas. Number 5 Violation: Peoples Gas are in violation under 18 U.S. Code § 1028 Fraud and related activity in connection with identification documents, authentication, features an information. Peoples Gas cut off my gas service after they received a preponderance of evidence with my information. Number 6 Violation: Peoples Gas conspired against me under 18 U.S. Codes § 241 for conspiracy against my rights to gas services under serious conditions including my health. I, Trina L. Carpenter Accept the will of the Greatest, the Best, and the Everlasting within my rights as a consumer. I pray that the courts deem what is appropriate.

Defendant

Veronica Gomez

*Sr. Vice President & General Counsel*

*(ComEd)*

Under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated. Under U.S Commerce Complaint Number 15-0910 Docket Number 16-0441 I, Trina L. Carpenter was violated under U.S.C. 552. I, Trina L. Carpenter informally reported to DOC on December 15, 2015 that I have seen someone who appears to be a squatter living at 9322 South Perry Ave. Chicago, Illinois 60620 climbing the pole and illegally tapping and tampering with the lights. The report on December 15, 2015 was set up under Complaint Number 2015-15794. DOC Counselor Ken Kirchner set this complaint up and advised for me to move forward with reporting this complaint. I, Trina L. Carpenter last attending a hearing about this on October 18, 2016. After the hearing; I, Trina L. Carpenter was advised by the three credit bureaus to have ComEd to disconnect the lights from under my name. On Wednesday October 19, 2016 at 5:35pm; ComEd Customer Service Supervisor John Id (Ex). 4061 stated that he has taken the electric service out from under my name. On December 27, 2016; I. Trina L. Carpenter received a notice from ComEd informing me that Verónica Gómez substitute for Thomas S. O'Neil as the designated agent for Commonwealth Edison Company("ComEd") on Service Lists of the Illinois Commerce Commission ("ICC") dockets listed on the attached sheet. After I received this notice I have not heard from ComEd anymore. I, Trina L. Carpenter informed ComEd that I am a Victim of Mortgage Fraud and Identity Theft numerous a times. Since May 1, 2015, I, Trina L. Carpenter have been disputing ComEd under U.S. Commerce Complaint Number 15-0910. I informed ComEd that I am under Constant Doctor's Care. Thus far; I have not been notified of anymore hearings for ComEd. I, Trina L. Carpenter was forced out of my property on September 28,2016 before the hearing against ComEd on October 18, 2016. ComEd allowed many criminal acts to be performed against me. Number 1 Violation: ComEd is violation under Sec207 [42U.S.C 407] of the Social

Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding. For allowing Theft upon me and my family me to be forced out of my property, and my possessions and vehicles were stolen. Number 2 Violation: ComEd is in violation under 18 U.S. Code § 2511 for allowing Interception and disclosure of wire for illegally interfering with my electric services. Number 3 Violation: ComEd is in violation under 14 U.S.C§67.6 for theft of electric services. Number 4 Violation: ComEd is in violation under 18 U.S. Code § 1028-Fraud and related activity in connection with identification documents, and information for allowing tampering into my electric services. Number 5 Violation: ComEd is in violation under 47 U.S. Code § 553 for allowing unauthorized reception of services. Number 6 Violation ComEd is in violation under 16 U.S. Code § 824 for allowing theft of service instead of any exempt wholesale selling energy at wholesale to such electric utility. Number 7 Violation:  ComEd is in violation under U.S. Code Chapter 31 Embezzlement and theft my electric service was stolen. Number 8 Violation: ComEd is in Violation Under 5 U.S.C for allowing someone to invade my privacy and stealing my electric services. Number 9 Violation: ComEd is in Violation under 142. Judicial Remedies and Penalties for Violating the privacy Act Sec 552a (1) for allowing someone to performing criminal acts which include damages for tampering with electric service. Number 10 Violation: ComEd is in violation under 28 U.S.C. § 1746 for allowing others to interfere with my commonwealth services I executed within its territories and possessions. Number 11 Violation: ComEd is in violation under 10 U.S. Code § 121. Larceny and wrongful appropriation. I, Trina L. Carpenter pray that the court deems what is appropriate. I, Trina L. Carpenter& Family accept the will of the Greatest, the Best, and the Everlasting within my civil rights as a consumer.

Defendant

Danielle

*ID# DJE96 (Ford Motor Credit Company)*

Under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated. I, Trina L. Carpenter spoke to Danielle ID# DJE96 of the Ford Motor Credit Company on Thursday, December 1, 2016 at 12:31pn Central Time. Danielle ID# DJE96 admitted that my vehicle was never reported to the insurance company as "total loss" vehicle within their Credit Company and she also admitted that the Ford Motor Credit Company, GM Financial, and the Ford Manufacturer needed to work with the total loss Department towards replacing my vehicle that was stolen. She Admitted that GM Financial has the title to the vehicle. Danielle ID# DJe96 admitted that GM Financial did not follow through with the procedures which caused the Ford Motor Credit Company, and Ford Manufacturer not replacing my vehicle that was stolen. According to this conversation that I had with Danielle ID# DJE96, my consumer's rights were violated under the National Highway Traffic Safety Administration Laws under Title 49 Chapter 301 and my recall was not initiated that entitle me to a vehicle replacement. My privacy rights were violated under the NHTSA Law and this caused my vehicle to be stolen. My privacy rights were also violated under1974- Public Law 93-579 See 49 FR 53071 causing my vehicle to be stolen. Under Rule 142 Judicial Remedies and Penalties for violating the Privacy Act. The Act specifically provides civil remedies 5 U.S.C. sec 552a(g) including damages and Criminal penalties for Violations of Act. I, Trina L. carpenter has an updated police report for deceptive practice and Financial Theft that has gone over the limit. Since Danielle ID# DJE96 admitted my vehicle was stolen I am moving on with listing the violations. Number 1 Violation: The Ford Motor Credit company is in violation under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding. Number 2 Violation: The Ford Motor Credit Company is in violation under 18 U.S. Code Chapter 31 Embezzlement and Theft for not initiating my recall and causing my vehicle to be stolen. Number 3 Violation:

The Ford Motor Credit Company is in violation under 5 U.S.C. sec 552(g) for causing others to invade my privacy to take my vehicle. Number 4 Violation: The Ford Motor Credit Company is in violation under 10 U.S. Code 921 under Rule 921 For Larceny and wrongful appropriation. The Ford Motor Credit Company should have taken the initiative to following the correct procedures if they knew that GM Financial was not following the appropriate procedures. Number 5 Violation: Ford Motor Company is in violation under 18 U.S Code § 1028 Fraud and related activity with GM Financial. Number 6 Violation: Ford Motor Credit Company is in violation under 15 U.S. Codes 45 for unfair and deceptive business practices of not following the correct procedures. Number 7 Violation: The Ford Motor Credit Company is in violation under 28 U.S.C § 1746 for conspiring with GM Financial against my rights that I executed under the U.S. Commerce within the United States its territories, possessions, or commonwealths. Number 8 Violation: The Ford Motor Credit Company is in violation under the Privacy Act of 1974-public law 93-579 for causing my privacy to be invading and causing others to steal my vehicle. Number 9 Violation: The Ford Motor Company is in violation under Title 49 Chapter 301 for not encouraging GM Financial to follow the procedures under NHTSA to initiated my recall. I, Trina L. Carpenter pray that the Court deem what is appropriate. I, Trina L. Carpenter & Family accept the will of the Greatest, the Best, and the Everlasting within my civil rights as a Consumer.

Defendant

Mr. Lefevour

*Owner (McCorthy Ford)*

Under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family Civil Rights were violated. I, Trina L. Carpenter purchased a vehicle at McCarthy Ford on July 2, 2004. The owner of McCarthy Ford Mr. Lefevour violated my civil rights after his employee Louis Minter read me my

84

consumer rights over the telephone in response to an incident that occurred with my vehicle that I reported on February 10, 2015. Louis Minter admitted that my vehicle should be replaced under the NHTSA Law due to defects that can cause death. Right after Louis Minter read me these rights over the telephone, he asked me for my social security number over the telephone. I stated to Louis Minter that I am not required to give you my social security number and you should not be asking me for my social security number at all after you read me my consumer rights that I can get a replacement vehicle for no cost to the consumer. After I, Trina L. Carpenter would not give Louis Minter my Social Security Number the Owner Mr. Lefevour stated that him and his employees will not do any more business with me. I stated if you all do not want to do anymore business with me then why did Louis Minter ask for my social security number over the telephone. On February 12, 2015; NHTSA received a report of an incident that occurred with my vehicle on February 10, 2015. On February 10, 2015 after igniting my vehicle smoke was coming from the outside of the vehicle. In, Addition, the Engine Warning Light Illuminated. The vehicle was taken to the dealer where it was diagnosed that the Transmission Needed to be Replaced. The Vehicle was not repaired. The Manufacturer was made aware of the failure. The Failure Mileage was Unknown. Based upon the NHTSA Report my privacy rights was somehow violated after McCarthy Ford performed unfair and deceptive business practices against me and my family. Due to the fact, that my vehicle was purchased at McCarthy Ford and not at Metro Ford. I do not understand how Metro Ford got my information and got involve with a Deceptive Practice of Financial Identity Theft. I, Trina L. Carpenter did not give out any pertinent information to authorize McCarthy Ford or Metro Ford to inquire about me and my family's personal business. Number 1 Violation: Mr. Lefevour of McCarthy Ford is in violation under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding. Number 2 Violation: Mr. Lefevour of McCarthy Ford is in violation under 28 U.S.C.§ 1746 for conspiring

against my Civil Rights that I executed within the United States, its, territories, possessions, or common wealth's under the US Commerce Case Number 15-0910.Number 3 Violation: Mr. Lefevour of McCarthy Ford is in violation under NHTSA privacy Act of 1974-Public Law 93-579 for causing my privacy to be invaded and causing my vehicles to be stolen. Number 4 Violation: Mr. Lefevour of McCarthy Ford is in violation under 15 U.S. Code § 1681a for his employee Louis Minter inquiring about my social security number. Number 5 Violation: Mr. Lefevour of McCarthy Ford is in violation 18 U.S.C Code § 1028 Fraud and related activity in connection with identification documents, authentication features and information. Number 6 Violation: 15 U.S. Code § 45 unfair and deceptive business practices for pretending that they did not want to do business with me but instead inquired about my information after they read me my rights to share with others. Number 7 Violation: Mr. Lefevour is in violation under 18 U.S. Code Chapter 31 for causing an act of embezzlement and theft against me and my family members. Number 8 Violation: Mr. Lefevour is in violation under 10 U.S. Code § 921 121. Larceny and wrongful appropriation. Number 9 Violation: Mr. Lefevour is in violation under Title 49 Chapter 301 for performing unfair acts that caused my recalled not to be initiated under NHTSA. Number 10 Violation: 142 Judicial Remedies and penalties for violating the privacy act. The Act Specifically provides civil remedies 5 U.S.C sec 552a(g) including damages and criminal penalties for Violations of Act. I, Trina L. Carpenter pray that the court deems what is appropriate. I, Trina L. Carpenter accept the will of the Greatest, the Best, and the Everlasting within my civil rights as a consumer.

<u>Defendant</u>

Gregory G. Pleska

*City of Chicago Hearings Administrations*

Under Sec 207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding I, Trina L. Carpenter & Family

Civil Rights were violated. On November 18, 2016 City of Chicago Department of Administration Hearings Administrative Law Judge Gregory G. Pleska failed to follow the correct procedures that were previously followed by two City of Chicago Hearing Administrative Law Judges had previously followed on August 13, 2016 and June 11, 2016. Under Docket Number 16WD02606A; These Two Administrative Law Judges previously ordered and a notice given the Administrative Body advised in the premises, having considered the motions, evidence and arguments presented, It is Ordered: As to the count(s), this tribunal finds by a preponderance of the evidence and rules as follows: Find What they have previously followed was based upon notice that I advised in the premises of me being on Social Security and that I am a Victim of Mortgage Fraud & Identity Theft, having considered the motions, evidence and arguments I presented, IT was ordered as granted: Penalties $0.00, Admin Costs $0.00, Judgement Total $0.00, and Restitution: $0.00. Balance Due $0.00. Under Administrative Law Judge Gregory G. Pleska; on Nov 18, 2016, the procedures changed from Judgement Total of $0.00 to $1,119.69 which included Penalties $422.73 &$321.00 Admin Sanction(s): Restitution to City or cost of recovery $350.00 TOTAL JUDGEMENT AMOUNT INCLUDES ATTORNEY'S FEES OF &350.00 Costs $25.00, Judgement Total $769.00, and Restitution $350.00, Balance Due: $1,119.69. Instead of following the previous procedures which was correct; Administrative Law Judge Gregory Pleska conspired with the City of Chicago Attorneys Linebarger, Goggan, Blair, & Sampson, LLP on Nov 18, 2016 and failed to follow procedures in violation under 18 U.S Codes § 3663A mandatory restitution to Victims of Certain Crimes. Mandatory restitution to victims of certain crimes notwithstanding any other provisions of law; when sentencing a defendant convicted of act [21 U.S.C. 856(a)] including any offense committed by fraud or deceit. After Law Judge Gregory G. Pleska fail to follow the correct procedures I, Trina L, Carpenter served the City of Chicago Attorneys with a US Supreme Court Petition because Law Judge G. Pleska stated that the City of Chicago does not get involve with criminal investigations. The City of Chicago Attorneys were

87

served with a U.S. Supreme Court Petition originally on December 19, 2016 and a corrected petition was served February 9, 2017. Since then, I, Trina L. Carpenter have successfully followed the advice of the three credit bureaus and CFPB to updating this report under Police Report JA164183 case was assigned under Detective Purtell for Deceptive Practice and Financial Identity Theft Over. The FBI was called several times under (9034). I went to the IRS on May 2, 2017 and reported this. The case was reported to NHTSA, US. Commerce, and FTC. Under 28 U.S.C. § 1746 I, Trina L, Carpenter executed within the United States, its, territories, or possessions, or commonwealths. I, Trina L, Carpenter accept the will of the Greatest, the Best, and the Everlasting within my Civil rights as a Consumer. I, pray that the court deems what is appropriate. Number 1 Violation:  Gregory G. Pleska is in violation under Sec207 [42 U.S.C 407] of the Social Security Law and the 42 U.S.C 1396r5 which states do not count the home, vehicles, or possessions to satisfy an obligation or court proceeding. Number 2 Violation: Gregory G. Pleska is in violation under 28 U.S.C § 1746 for conspiring against my civil rights that I executed within the United States, its territories, or possessions commonwealths. Number 3 Violation: Gregory G. Pleska is in violation under 15U.S Code § 45 for performing unfair and deceptive business practices instead of following correct procedures. Number 4 Violation: Gregory G. Pleska is in violation under 18 U.S.C 1028 conspiring with the City of Chicago Attorneys Linebarger, Goggan, Blair & Sampson, LLP in fraud related activity in connection with identification documents, authentication, features an information. Number 5 Violation: Gregory G. Pleska is in violation under 18 U.S. Code Chapter 47 Fraud and False statement by ruling against me under false statement made by the City of Chicago Attorneys Number 6 Violation Gregory G. Pleska is in violation under 18 U.S. Code § 241 for conspiracy against Social Security Rights. Number 7 Violation: Gregory G. Pleska is in violation under 18 U.S. Code § 3663A mandatory restitution to victims of certain crimes. Number 8 Violation: Gregory G. Pleska is in violation under 42 U.S.C § 1437f for not granting me to be relocating due to me and my family being

88

Victims of Mortgage Fraud & Identity Theft. Number 10 Violation: Gregory G. Pleska U.S. Code § 921 Under

Rule 121. Larceny and Wrongful Appropriation. Under 28 U.S.C §1746 my full name is Trina Louise Carpenter.

If executed within the United States, its territories, possessions, or commonwealths: I declare to the best of

my knowledge the foregoing is true to the best of my investigation with preponderance of evidence that was

already given to the courts.

Dated: May 9, 2017

Sincerely,

Trina L. Carpenter

9320 South Perry Ave.

Chicago, IL. 60620

(872)731-7282

89

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CIVIL DOCKET FOR CASE NUMBER: 1:17cv-02667

I, Trina L. Carpenter am adding as evidence, a copy of an Identity Theft Affidavit Form 14039 from the Department of the Treasury Internal Revenue Services (IRS) Dated May 2, 2017. I, Trina L. Carpenter did not file any taxes, due to I reported that I am a Victim of Identity and Mortgage Fraud which has affected my tax record according to a 2016 Form 1099-A that was mailed to me.

Submitted as evidence on May 9, 2017

Sincerely,

*Trina L. Carpenter*

Trina L. Carpenter

9320 So. Perry Ave.

Chicago, IL. 60620

(872)731-7282

| Form **14039** (April 2016) | Department of the Treasury - Internal Revenue Service **Identity Theft Affidavit** | OMB Number 1545-2139 |
|---|---|---|

Complete this form if you need the IRS to mark an account to identify questionable activity.

**Section A - Check the following boxes in this section that apply to the specific situation you are reporting** *(Required for all filers)*

☒ 1. I am submitting this Form 14039 for myself

☐ 2. I am submitting this Form 14039 in response to a mailed 'Notice' or 'Letter' received from the IRS. If person in **Section C** received IRS 'Notice CP 2000', or other IRS Notice questioning income, follow the instructions on that IRS 'Notice' or 'Letter'.
  • Please provide 'Notice' or 'Letter' number(s) on the **line to the right**

☐ 3. I am submitting this Form 14039 on behalf of my dependent.
  Please complete **Section F** on reverse side of this form.
  **Caution:** If you are filing this on behalf of a Minor or Dependent, filing this form will protect his or her tax account but it will **not** prevent the dependent in **Section C** below from being claimed as a dependent by another person.

☐ 4. I am submitting this Form 14039 on behalf of another person *(other than my dependent)*
  • Please complete **Section F** on reverse side of this form.

INTERNAL ... SERVICE
W ... TANCE
MAY 0 2 2017
RECEIVED
27404

**Section B – Reason For Filing This Form** *(Required)*

Check only ONE of the following boxes that apply to the person listed in **Section C** below.

☒ 1. **Federal tax records affected** and I am a victim of identity theft

☐ 2. **Federal tax records not affected** and I am a victim of identity theft, or an event has affected/compromised my personal information placing me at-risk to be a future victim of identity theft.

**Please provide an explanation** of the identity theft issue, how you became aware of it and provide relevant dates.

I, TKing L. Carpenter was notified by Experian Dated
October 5, 2015 of an incident of identity being reported operly
me and my family. From this point on this under investigation
the case has escalated to US Supreme Court and now in the Federal this
for further investigation.

**Section C – Name and Contact Information of Identity Theft Victim or Potential Victim** *(Required)*

| Taxpayer's last name | First name | Middle initial | Taxpayer Identification Number *(Please provide your 9-digit SSN or ITIN)* |
|---|---|---|---|
| Carpender | TKing | L- | |

Current mailing address *(apartment or suite number and street, or P.O. Box)* If deceased, please provide last known address.
9320 So. Perry Ave

| City | State | ZIP code |
|---|---|---|
| Chicago | IL | 60620 |

| Tax Year(s) in which you experienced identity theft *(If not known, enter 'Unknown' in one of the boxes below)* | | | | | | | | Last tax year a return was filed |
|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | |

Address used on last filed tax return *(If different than 'Current')*
NA

Names used on last filed tax return *(If different than 'Current')*

| City (on last tax return filed) | State | ZIP code |
|---|---|---|
| ~~Chicago~~ N/A | N/A | |

Telephone number with area code *(Optional)* If deceased, please indicate 'Deceased'
Best time(s) to call

Home telephone number   Cell phone number

Language in which you would like to be contacted   ☒ English   ☐ Spanish

**Section D – State or Federal Issued Identification** *(Required)*   State ID

Submit this completed form and a **clear and legible** photocopy of **at least one** of the following documents to verify the identity of the person listed in **Section C** above. If necessary, enlarge photocopies so all information is clearly visible.

Check the box next to the document(s) you are submitting:

☐ Driver's license   ☐ Social Security Card   ☐ Passport   ☒ Valid U.S. Federal or State government issued identification**
** Federal employees should not copy his or her employee identification cards as 18 U.S.C. prohibits doing so.

**Section E – Penalty of Perjury Statement and Signature** *(Required)*

Under penalty of perjury, I declare that, to the best of my knowledge and belief, the information entered on this Form 14039 is true, correct, complete, and made in good faith.

| Signature of taxpayer, or representative, conservator, parent or guardian | Date signed |
|---|---|
| TKing L. Carpenter | May 2, 2017 |

Catalog Number 52525A          www.irs.gov          Form **14039** (Rev. 4-2016)