# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

F I L E D

Trina L. Carpenter
& Family,

**Plaintiff(s),**

vs.

City of Chicago
and its Attorneys Lineberger, Coggan, Blair,
& Sampson

**Defendant(s).**

SEP 05 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No. 1:17-CV-02667

Second AMENDED Complaint

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is Trina Louise Carpenter.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

Defendants' List Cont'd

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRIC OF ILLINOIS
EASTERN DIVISION
Defendants List Cont'd from Pg 1.

2) <u>Defendant</u>
PNC Bank, NA
and its attorneys Clark Hill PLC

3) <u>Defendant</u>
Marvin Pinkney
Metro Ford General Manager

4) <u>Defendant</u>
Exeter Finance Corporation

5) <u>Defendant</u>
Thomas Dart
Cook Count Sheriff

6) <u>Defendant</u>
Daniel Widawsky
City Comptroller

7) <u>Defendant</u>
Thomas Holmes
Real Property Management

8) <u>Defendant</u>
Kylie Cryer
GM Financial Compliance Administration

9) Defendant
   George Scott
   (Owner) One Stop Towing Company

10) Defendant
    Jeff Dayton
    NCB Management Services

11) Defendant
    Michelle Sack
    NCB Management Services

12) Defendant
    Rachel Koster
    Loss Mitigation Manager (Santander)

13) Defendant
    Rahnee Patrick
    Director of Independent Living (Access Living)

14) Defendant
    Kevin Hannigan
    City of Chicago Hearing Administration

15) Defendant
    Jack Hallberg
    Allstate Insurance Agent

16) Defendant
    Porchia Peavy-Green
    Property Manager (Milwaukee Apartments)

17) Defendant
. Peter A. Muntaner
Peoples Gas North Shore Gas

18) Defendant
Veronica Gomez
Sr. Vice President & General Counsel
( Com Ed )

19) Defendant
Danielle
ID# DJ E96 ( Ford Motor Credit Company )

20) Defendant
Gregory G. Pleska
City of Chicago Hearings Administration

4.  Defendant, _City of Chicago et al_, is
    (name, badge number if known)

    ☐ an officer or official employed by _____;
    (department or agency of government)

    _____ or

    ☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.  The municipality, township or county under whose authority defendant officer or official

    acted is _City of Chicago_. As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about _Nov, 18, 2016_, at approximately _9:00_ ☒ a.m. ☐ p.m.
    (month,day, year)

    plaintiff was present in the municipality (or unincorporated area) of _Chicago_

    _Department of Administrative Hearings_ in the County of _Cook_,

    State of Illinois, at _400 West Superior Chicago, IL. 60610_.
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

    ☐  arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
    ☐  searched plaintiff or his property without a warrant and without reasonable cause;
    ☒  used excessive force upon plaintiff;
    ☒  failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
    ☐  failed to provide plaintiff with needed medical care;
    ☒  conspired together to violate one or more of plaintiff's civil rights;
    ☒  Other: _Issues Involving Identity theft & Mortgage Fraud which resulted into our driver licenses being wrongly suspended, a Wrongful Conviction record against my Son, and_

2

_demanding us to pay them money_ .

7.  Defendant officer or official acted pursuant to a custom or policy of defendant

    municipality, county or township, which custom or policy is the following: (*Leave blank*

    *if no custom or policy is alleged*): _____

    _Defendant ① City of chicago acted Pursuant_
    _to Defendant ⑤ Cook County Sheriffs / Thomas Dart_
    _with forcing me and my family out of my property ._
    _Under the Disability Law._

8.  Plaintiff was charged with one or more crimes, specifically:

    _My Son Keith Clough has a Wrongful_
    _Conviction on his record which have not_
    _been expunged as of yet._

    _____

    _____

9.  (*Place an X in the box that applies. If none applies, you may describe the criminal*
    *proceedings under "Other"*) The criminal proceedings

    ☐  are still pending.

    ☐  were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐  Plaintiff was found guilty of one or more charges because defendant deprived me of a

    fair trial as follows_____

    _____.

    ☒  Other: _My Son has a Wrongful Conviction on his record._

    _____

    [1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
    may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
    conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

The City of Chicago and its attorneys Linebarger, Goggan, Blair & Sampson failed to intervene to protect me and my family with issues of Identity Theft and Mortgage Fraud. Due to these issues; me and my family was Violated under the Disability Law in which excessive force was used upon us by Thomas Dart Cook County Sheriff Dept to taking our Possessions, Home and Vehicles. In result of this, our driver licenses were Wrongly Suspended, my son has a Wrongful Conviction on his record, and the City of Chicago and others remains to be harassing me and my family, demanding us to pay money for debts.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Emotionally, Physically, financial harm, decreased of Life Enjoyment, Long time pain & suffering, unpaid hospital & doctors Bills, medication co-pays, Ongoing health problems, displacement, family problems. due to them being harassed with wrongful conviction and wrongful acts of torts.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _Tina L. Carpenter_

Plaintiff's name *(print clearly or type)*: _Tring L. Carpenter_

Plaintiff's mailing address: _9320 S. Perry Ave_

City _Chicago_ State _IL_ ZIP _60620_

Plaintiff's telephone number: (872) _731-7282_.

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

_____

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

First Amended- 2:17-CV-02667 & 1:17-CV-4683

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

Per advised by Hibbler Memorial Prose Dept.,
on Sept 1, 2017 - Attach typed 2nd Amended Complaint with
this Second Amended complaint

## United States District Court

## For the Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| Trina L. Carpenter & Family, | ) | Case Number 1:17-cv-02667 |
| Plaintiffs | ) | Judge: Gary Feinerman |
| | | Jury Demand: $252,000,000 and over |
| vs. | ) | |

Trina L. Carpenter & Family,     )   Case Number 1:17-cv-02667

  Plaintiffs       )   Judge: Gary Feinerman
              Jury Demand: $252,000,000 and over
    vs.        )

City of Chicago, et al, its attorney   )
Linebarger, Goggan, Blair & Sampson LLP
PNC, Bank NA and its attorneys   )
Clark Hill PLC; Marvin Pinkney,
Metro Ford Manager; Exeter Finance  )
Corporation, Thomas Dart,
Cook County Sheriff, Daniel Widawsky, )
City Comptroller, Thomas Holmes,
Real Property Management; Kylie Cryer, )
GM Financial Compliance Administration;
George Scott, Owner of One Stop  )
Towing Company, Jeff Dayton &
Michelle Sack, NCB Management Services; )
Rachel Koster, Santander Loss Mitigation
Manager, Rahnee Patrick    )
Director of Access Living
(Independent Living); Kevin Hannigan, )
City of Chicago Hearing Administration;
Jack Hallberg, Allstate Insurance Agent;
Porchia Peavy-Green, Property Manager )
Of Milwaukee Apartments, Peter A.
Muntaner, Peoples Gas;    )
Veronica Gomez, Sr Vice President
& General Counsel (ComEd); Danielle )
ID# DJE96, Ford Motor Credit Company;
Mr. Lefevour, Owner McCarthy Ford); )
Gregory G. Pleska, City of Chicago
Hearing Administrator
      Defendants.

Attached Document

## Second Amended Complaint

*Defendant 1.*
**City of Chicago and its**
**Attorney's Linebarger, Goggan,**
**Blair & Sampson**

1. I, Trina L. Carpenter state a claim for violation under Americans with Disabilities as protected by the constitution and the laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§1343 and 1367.

3. I, Trina L. Carpenter & Family have unresolved issues of Identity Theft & Mortgage Fraud.

4. On Nov 18, 2016 at 9:00am; at the last Administration Hearing, the City of Chicago and its attorneys Linebarger, Goggan, Blair, and Sampson failed to intervene to protect me and my family from violation of our civil rights by more other defendants in which they conspired together to violate our civil rights.

5. The City of Chicago and its attorneys stated at the last administration hearing held on November 18, 2016, that they do not get involve with criminal investigations, such as Identity Theft and Mortgage Fraud. In relation to this, we were forced out of my home September 28, 2016 and on October 17, 2016 our possessions were taken. In result of these issues, me and my daughter's driver license was wrongfully suspended and my son has a wrongful conviction on his record that he has been trying to expunge. My daughter had a vehicle wrongly taken from her in 2013.

6. I, Trina L. Carpenter reported all of this to the following federal bodies: the FBI, the Consumer Financial Protection Bureau (CFPB), the FTC (Federal Trade Commission), Chicago Police and the three credit bureaus and these actions were marked as fraud. The

City of Chicago was made aware of the fraud alerts which disputes that we do not owe the City of Chicago any money. The City of Chicago was aware that I had a disability. Their attorneys admitted to me on Nov. 18, 2016 that under the Disability Law it is a violation to demand money and to come after one's possessions. The City Chicago and other defendants involved is in violation7 for harassing me and my family by phone and mail demanding that we owe them money. In re Convergent Telephone Consumer Protection Act litigation, Case No. #:13-md-02478-AWT; MDL No. 2478 proves telephone harassment.

7.  Under rule 8(a)(2) I, Trina L. Carpenter & Family are entitled to relief from the City of Chicago and its attorneys. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand.

8.  Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over per defendant (totaling out to $252,000,000 & over) for the long period of pain & suffering, for the health problems this has caused us, doctor bills and hospital bills including medication-copays, for the emotional harm & stress this has caused me and my family, for the financial harm this has caused us, for the damages this has caused us, and for the loss of life enjoyment.

9.  I, Trina L. Carpenter & Family pray that we are guaranteed with everlasting consumer protection under the federal law so that no one cannot take anything from us again. I, Trina L. Carpenter & Family with such sincere, ask to be consistently protected from unfair and deceptive business practices.

*Defendant 2.*
**PNC Bank NA**

**and its attorneys**
**Cark Hill PLC**

1. According to a response sent to me by PNC Bank NA and its attorneys Clark Hill PLC dated January 20, 2017; they were aware of other defendants who performed deceptive practices against me involving wrongly suspended driver license, identity theft, and various incidents involving my children.

2. PNC Bank, NA was aware of my disability and is in violation for Mortgage Fraud, Defamation of Character & Misappropriation of Identity, Violating the Privacy Act, Violating the Telephone Communication Protection ACT and Mail Fraud with the intent to injure, harm or kill. PNC Bank, NA and its attorneys made false pretenses stating that my property has been foreclosed. In relation to this, we were forced out of my home September 28, 2016 and on October 17, 2016 our possessions & vehicles were taken.

3. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 3.*
**Marvin Pinkney**
**Metro Ford General Manager**

1. According to evidence dated January 20, 2017; General Manager, Marvin Pinkney of Metro Ford is in violation for getting involve with PNC Bank, NA and GM Financial and other defendants with deceptive practices involving wrongly suspended driver license, identity theft, and various incidents involving my children. In relation to this, me and my family were forced out of my home on September 28, 2016 and on October 17, 2016 our possessions were taken.

4

2. General Manager Marvin Pinkney is in violation for sending mail to my address inquiring about ownership of my vehicle with the intent to harm, or defraud. I last received mail from Marvin Pinkney March 2017.

3. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 4.*
**Exeter Finance**
**Corporation**

1. Exeter Finance Corporation requested information of my property on September 3, 2016 and we were forced out of my home on September 28, 2016 and on October 17, 2016 our possessions were taken. I, Trina L. Carpenter believe this inquiry made by Exeter Finance Corporation was related to the Identity Theft and Mortgage Fraud. Exeter Finance Corporation is in violation for inquiring about my property under false statements that the property has foreclosed. According to the credit bureaus, the property has not foreclosed.

2. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand.

3. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 5.*
**Thomas Dart**
**Cook County Sheriff**

1. On September 28, 2016 Four Non-African Americans Cook County Sheriffs came out to my home and forced me and my family out of my residence. Then on October 17, 2016 our possessions were taken.

2. These Cook County Sheriffs did not have any legitimate papers from the court to force us out. Instead, they had some Hispanic Man waiting outside of my residence since early that morning to secure the property. The Cook County Sheriffs instructed me to get the document from the Hispanic Man who came out to secure the property. The document that the Hispanic Man handed over to me was a document from Real Property Management with a phone number to call Thomas Holmes at (630)796-4399.

3. The Cook County Sheriffs was made aware of that I was a disabled citizen and we were Victims of Mortgage Fraud and Identity Theft. Most importantly, the Cook County Sheriffs admitted that I done a great job following procedures. This is an indicator that the Cook County Sheriffs was aware that they were in violation for wrongly forcing me and my family out of my home.

4. After we were forced out, I later called the FBI, the CFPB, the police, and the three credit bureaus. I was advised by the three credit bureaus not to change my address and to open an investigation with the United States Postal Inspection Service (USPIS). There is an investigation with the USPIS.

5. I, Trina L. Carpenter & Family remain to be displaced because the appropriate procedures were not followed to relocate us. I, Trina L. Carpenter called the Federal Housing Administration (FHA). I spoke to a FHA Resource Quality Assurance Supervisor on Thursday August 24, 2017 at 9:48am and I was given Service Quest No# CAS-6618249 to be followed up by a HUD Counselor. The FHA asked me a federal question? The Federal question that FHA asked: Do I want to remove the property that I was forced out of?

6. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 6*
**Daniel Widawsky**
**City Comptroller**

1. Daniel Widawsky, City Comptroller failed to comply to the federal law and enacted with Jesse White Office Secretary of State to wrongfully suspending me and my daughter's driver licenses.

2. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 7*
**Thomas Holmes**
**Real Property Management**

1. In relation to Identity Theft and Mortgage Fraud; Thomas Holmes of Real Property Management is in violation for having me and my family wrongly forced out of my property by the Cook County Sheriffs on September 28, 2016 and having our possessions taken on October 17, 2016 under false pretenses that my property has foreclosed. Thomas Holmes falsely stated that he went to federal court to take possession of my property.

2. Thomas Holmes had some Hispanic Man from his company to hand me a fraud document stating that the property has been foreclosed and is now owned in possessed by Fannie Mae. Thomas is in violation for conspiring with others in a scheme involving Mortgage Fraud and Identity Theft.

3. Mr. Thomas Holmes stated that he had applied for a loan to purchase my property and he is waiting for the loan to get approved. Thomas Holmes is in violation for applying for a loan on a property that was not foreclosed. I, Trina L. Carpenter contacted federal bodies, the police, and the three credit bureaus and I was informed that the document by Mr. Holmes was inconsistent and needed to be handled through the federal court system.

4. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 8*
**Kylie Cryer**
**GM Financial Compliance Administration**

1. According to a piece of evidence dated January 20, 2017, Kylie Cryer, GM Financial Compliance Administration got involve with other defendants with deceptive practices involving wrongly suspended driver license, identity theft, and various incidents involving my children. These incidents which have not been resolved have caused me and my family distress.

2. I, Trina L. Carpenter have a case with the National Highway Traffic Safety Administration (NHTSA) under Reference Number10683088 that have not been resolved due to Kylie Cryer of GM Financial Compliance Administration not following procedures. Kylie Cryer of GM Financial Compliance Administration is in violation for not complying with the federal law to following procedures of a pending NHTSA Case.

3. I was informed by the Ford Motor Credit Company that Kylie Cryer of GM Financial Compliance Administration did not report my vehicle as a "total loss" to their insurance company. Bell Insurance is the name of their insurance company. Jenny Ruiz of Bell

Insurance called me back, after a phone call was forwarded by GM Financial and informed me that no insurance claim was ever put in on my vehicle by GM Financial.

4. Instead, Kylie Cryer of GM Financial Compliance Administration was trying to deceive me into signing for a Lien Release of a Title on a vehicle that was taken from me on October 17, 2016 after me and my family was forced out of my property on September 28, 2016. This deceptive practice is a big violation.

5. After Kylie Cryer and his administration could not deceive me into signing for a Lien Release of a Title, I discovered that Kylie Cryer of GM Financial Compliance Administration & Metro Ford got involved with PNC Bank, NA with deceptive practices involving wrongly suspended driver license, identity theft, and various incidents involving my children.

6. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

## *Defendant 9*
**George Scott**
**Owner of One Stop Towing**

1. In relation to the unresolved issues of Identity Theft and Mortgage Fraud; George Scott owner of One Stop Towing got involve with PNC Bank, NA with performing unfair and deceptive business practices against me and my family. George Scott admitted to me on October 26, 2016 at 10:54am to10:58am that PNC Bank, NA authorized his towing company to take me and my brother's vehicles on October 17, 2016 under a pretense made by PNC, Bank, NA that my property has foreclosed.

2. I informed George Scott that PNC Bank, NA had made a false pretense to his towing company. I further informed George Scott that I am a Victim of Identity Theft and Mortgage Fraud and my property has not foreclosed. George Scott then stated to me, that if I want to come to get our vehicles back I will have to pay fines and penalties. This was an indicator to me that Owner George Scott of One Stop Towing was also involve with the City of Chicago financial scheme against me and my family which is a violation under the federal law.

3. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 10*
**Jeff Dayton**
**NCB Management Services**

1. In relation to these issues of Identity Theft and Mortgage Fraud, I, Trina L. Carpenter and my daughter has been working with the three credit bureaus with investigating Jeff Dayton at NCB Management Services. I spoke to Jeff Dayton on July 14, 2016 and he advised me to exercise my consumer rights to have NCB Management Services deleted from me and my daughter's credit files based upon the fact that a statutory scheme was performed against me and my daughter of a vehicle that was taken away from us. The vehicle was wrongly repossessed from us while we were disputing it for hidden damages that we were unaware of. The account was then sold to NCB Management Services by Santander.

2. Jeff Dayton is in violation because after he advised me to dispute the account, I started getting harassed by other NCB Management Services employees by mail and telephone

demanding me and my daughter to pay the debt on a vehicle that was taken from us. I felt that my civil rights and my privacy rights were violated. Thus far, NCB Management Services is still under investigation and Seven-year Extended Fraud Alerts have been added to my daughter's credit reports and addition to my Seven-Year Fraud Alerts. NCB Management Services is progressively being deleted from our credit reports.

3. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 11*
**Michelle Sack**
**NCB Management Services**

1. In relation to the statutory scheme; Michelle Sack of NCB Management Services was aware that my daughter and I was advised to dispute our account with NCB Management Services. Michelle Sack was aware that a statutory scheme was performed against me and my daughter on an account of a vehicle sold to NCB Management Services. Michelle Sack was aware that the vehicle of the account sold to NCB Management was wrongly repossessed.

2. Michelle Sack is in violation of the Telephone Communication Protection Act due to her going over the brink harassing me and my family by telephone. Also, she is in violation for not complying with the procedures to dispute NCB Management Services off our account as advised by Jeff Dayton on July 14, 2016. Michelle Sack is in violation for inquiring about my daughter's information.

3. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under

Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 12*
**Rachel Koster**
**Santander Loss Mitigation Manager**

1. In relation with NCB Management Services; Rachel Koster who has been the Loss Mitigation Manager at Santander from November 2008 to present, shared our information with them. Rachel Koster is in violation for sharing our information with NCB Management Services to perform a deceptive practice of a statutory scheme against me and my daughter during our dispute of a vehicle that was sold to us with hidden damages that we were unaware of at the time of purchase. According to Santander's record, the vehicle was wrongly repossessed from us on 12/20/2013 in disposed of on 1/22/2014. According to a conversation I had with a Customer Service Rep. of Santander by the name of Markist on March 30, 2017, there could be a paperwork error of the exact day the vehicle was repossessed.

2. Loss Mitigation Manager Rachel Koster of Santander allowed the account to be sold to NCB Management Services while we were disputing it. Due to the hidden damages that we were disputing, the vehicle should not ever have been financed. Rachel Koster of Santander should not have allowed the account to be sold over to NCB Management Services. This fraudulent action was reported to the three credit bureaus and is under serious investigation. I, Trina L. Carpenter & Family last followed up with the Chicago Police Department about this on August 17, 2017 and I was advised to report this to the federal court system. Thus far, Santander is progressively being deleted off our credit reports.

3. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 13*
**Rahnee Patrick**
**Director of Independent Living (Access Living)**

1. In relation to unresolved issues of Identity Theft and Mortgage Fraud; Rahnee Patrick requested for me to bring my Clinical Therapist with me to her place of employment named Access Living located 115 West Chicago, Illinois on February 23, 2016 to prove that I am on disability and to bring the preponderance of evidence to prove that I am a Victim of Identity Theft & Mortgage Fraud. I came in with preponderance of evidence and my Clinical Therapist showed his presence to clarify my disability and other information with, Rahnee Patrick.

2. In the presence of my Clinical Therapist, Rahnee Patrick and her Personal Assistant Coordinator Kristina Reis had me to fill out an application to Milwaukee Apartments on February 23, 2016 to deceive me that she was relocating me and my family. Later, I discovered that Rahnee Patrick had me to fill out the Application to Milwaukee Apartments only to share my information to conspire with others against me and my family, instead of relocating me under the federal jurisdiction like she pretended. Rahnee Patrick handed me a card with phone number 311 handwritten on it and she was consistently trying to brush me off to the City to sign up for assistance.

3. Then on March 18, 2016, Rahnee Patrick asked me to meet up with her to meet some other people at another address of a place which she is not employed located at 567 west Lake Chicago, IL. 60654. I became very suspicious of Rahnee Patrick after she stated to

13

me that the persons she wanted me to meet with her, informed her that I do not trust anyone. Rahnee Patrick then questioned "You trust me, don't you?" I replied, "I do not trust no one." I asked Rahnee Patrick to have the people to call me who you want me to meet you with.

4. Then someone called my house phone from phone number (773)554-8326 who sounded like a man who was Non-African American and asked to speak to my son and he stated my son's name. I remember asking him want did he want. He then made a threat stating that he was going to the police station to put some wrong charges against my son. Shortly after this, my Clinical Therapist called me to inform me that Rahnee Patrick called him asking questions about me and he answered her stating that he cannot share information with her about me without my written consent.

5. Based upon this, Rahnee Patrick has violated the Federal Law of the Privacy Act by sharing our information with others with the intent to kill, injure, or harm. I feel that if I would had met up with Rahnee Patrick, she would have had us kidnapped or have had us delivered in the court system under false charges being made against me and my family.

6. I reported this to the US Court of Appeals and I was advised to do my research and move on from Rahnee Patrick and her employees at Access Living. According to my research, I remember reading that Rahnee Patrick investigate missing persons or deliver persons to the court system. Based upon what I have read, I do not trust to do any business with Access Living. I pray that the federal court has or will thoroughly investigate Rahnee Patrick of Access Living to see if she has performed these federal violations against any other Victims of Crime causing them to be kidnapped or delivered into the court system under false charges.

14

7.   Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 14*
**Kevin Hannigan**
**City of Chicago Hearing Administration**

1.   In relation to these issues of Identity Theft and Mortgage Fraud; I, Trina L. Carpenter was instructed by a City Administrative Law Judge in a hearing held around April 2015 to address a problem to Kevin Hannigan who is over the City of Chicago Hearing Administration based on a National Highway Traffic Safety Administration (NHTSA) Report Number 10683088 that on February 12, 2015 about some defects to my vehicle causing my vehicle to smoke that I noticed on February 10, 2015. The Administrator Law Judge referred me to Kevin Hannigan for further instructions because he stated that the City of Chicago does not get involve with NHTSA Cases.

2.   I, Trina L. Carpenter, confronted Kevin Hannigan about the NHTSA Case and I made him aware that I had a disability. I believe Kevin Hannigan intentionally misled me of the procedures to resolve my NHTSA Case. In result of me being misled, my license was wrongly suspended and later; my son and I received letters in the mail by Experian, dated October 5, 2015 informing us about incidents of Identity Theft that was performed against us. At that point, my son and I contacted the three credit bureaus and we were instructed to get a Police Report. We followed up with the police and received a Police Report Dated November 10, 2015. Since then, I updated my police report dated Jan. 30, 2017. The police department informed us that one police report supplements the entire household.

3. I strongly believe Kevin Hannigan of the City of Chicago Hearing Administration intentionally misled me and that he was involved with other defendants to perform deceptive practices involving wrongly suspended driver license, identity theft, and various incidents involving my children. I believe Kevin Hannigan caused these issues to occur when he misled me of the NHTSA Case back in 2015. Kevin Hannigan is in violation for conspiring with others to performing such acts of deceptive practice against me and my family.

4. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 15*
**Jack Hallberg**
**Allstate Insurance Agent**

1. In relation to the unresolved issues of Identity Theft and Mortgage Fraud; I, Trina L. Carpenter was contacted by Allstate Insurance after I sued them in state court under Case Number 09 M1 206243 which was dismissed December 17, 2010. The case was dismissed with stipulation of agreement. Therefore, Allstate Insurance had no reason to contact me about homeowner's insurance and they had no reason to make inquiries of my property records. Jack Hallberg of Allstate Insurance contacted me; around the same time when PNC Bank, NA Insurance Center sent me a 17-page document dated February 29, 2016 about a one-year renewal of hazard insurance.

2. I, Trina L. Carpenter has not been in communication with Allstate Insurance or PNC Bank, NA. Allstate Insurance Agent Jack Hallberg advised for me to contact him by phone or to meet him at his office for an insurance quote of my property. He sent me a

fraudulent mail document with three locations of Allstate Insurance Company which stated that according to records my homeowner's insurance will be expiring soon. Jack Hallberg sent me this notice twice in the same week. The document had a false signature of my name. I felt threaten by this, and I felt Jack Hallberg was conspiring against me with PNC Bank, NA and others with the intent to kill, injure or harm. I believe that Jack Hallberg put a false signature of my name with a plan to satisfy an obligation. Jack Hallberg is in violation for inquiring my property records, signing a false signature of my name and conspiring against me and my family with others with the intent to kill, injure, or harm.

3.   I have anti-trust for Allstate Insurance Company and I do not want to do anymore business with them. Allstate Insurance Company remains to be deducting money out of my bank account for life insurance after they performed such violations against me and my family. I do not trust to communicate with Allstate Insurance Company and I further ask that the federal court handle them.

4.   Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 16*
**Porchia Peavy-Green**
**Property Manager (Milwaukee Apartments)**
1.   In relation to the unresolved issues of Identity Theft and Mortgage Fraud; I, Trina L. Carpenter &Family became very suspicious of Porchia Peavy-Green Property Manager of Milwaukee Apartments when she sent me a two-sided document along with a duplicate copy of the backside of the original two-side document for enclosures.  The document

asked was me and my family displaced due to a government action. The reason I became very suspicious of her because she would not tell me who was her boss and she would not tell me who the Coordinator of the Waiting List was. I done a pop up visit there to speak to Mrs. Peavy-Green to address the issues of me and my family being Victims of Identity Theft and Mortgage Fraud. Mrs. Peavy-Green stated that she or any else who is over her cannot speak to me in person about these issues and for me to fill out the Updated Annual Application to the best of my ability.

2.  I feel that Porchia Peavy-Green is in violation for her intentions to share information with others who have already conspired against me and my family. I feel that the Updated Application was not really sent out to accommodate me and my family. The application was sent for the purpose to collect information with the intent to perform more deceptive practices against me and my family after we was displaced. I, Trina Carpenter & Family prefer to be compensated with brand-new homes. We do not trust to live in Milwaukee Apartments. We prefer to live somewhere private so our information will be kept confidential and not shared with others.

3.  I, Trina L. Carpenter originally filled the application for Milwaukee Avenue Apartments on February 23, 2016 with the assistance of Rahnee Patrick who is the Director of Independent living at Access Living. My Clinical Therapist was present with me to clarify all of this along with a preponderance of evidence that proves that I am disabled and me and my family were Victims of Identity Theft and Mortgage Fraud. After Rahnee Patrick assisted me with filling out the application, I discovered later that she has shared my information with persons that had intentions to kill, injure, or damage, me and my family.

18

4. The federal court advised me to move on from doing business under Access Living. I, Trina L. Carpenter & Family was advised by the Identity Theft Resource Center that me and my family living arrangements need to be accommodated with proper care under the federal jurisdiction. I have antitrust for Porchia Peavy-Green of Milwaukee Apartments because the federal law was violated, due to my information being shared in connection of Deceptive Practices involving Financial Identity Theft and Mortgage Fraud. I discussed these issues with FHA and I was given Service Quest No# CAS-6618249.

5. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

## *Defendant 17*
## Peter A. Muntaner
## Peoples Gas North Shore Gas

1. In relation, to the unresolved issues of Identity Theft and Mortgage Fraud; Peter A. Muntaner of Peoples Gas was aware that I, Trina L. Carpenter started disputing Peoples Gas under US Commerce Complaint Number 15-0910 since May 1, 2015. He was aware that on March 4, 2016 I executed my rights under 28 U.S.C § 1746 my rights to territories, possessions, or commonwealths. Mr. Muntaner was aware that I faxed preponderance of evidence including a Police Report to Peoples Gas to prove I was a Victim of Identity Theft & Mortgage Fraud who is under serious doctor care. Under these serious circumstances, Peoples Gas is in violation for wrongly charging me for gas service.

2. I filed a complaint against Peoples Gas for shutting my gas off on May 11, 2016. I, Trina L. Carpenter went to an Administration Hearing on October 18, 2016 under US

19

Commerce Case Number 15-0910. I was instructed by the Administrating Law Judge of that hearing to submit evidence to all parties involved.

3. In obedience, I have done so and on March 9, 2017; I attended a Second Administration Hearing against Peoples Gas. Peter A. Muntaner of Peoples Gas handed me his business card after I showed him an Updated Police Report of Deceptive Practice Financial Identity Theft. He was concerned about billing issues which led to federal questions.

4. The hearing was then continued to May 16, 2017 for an Evidentiary Hearing to be held. I was instructed by the Administrative Law Judge to submit the Updated Police Report along with other updated preponderance of evidence to the Department of Commerce at the Evidentiary Hearing on May 16, 2017. Peter A. Muntaner was not present at the Evidentiary Hearing held on May 16, 2017; instead, Tarsa Tucker of Peoples Gas was present and she did admit to a billing error after Peoples Gas's Attorney Richard Velázquez questioned her about the error. The error of the bill led to a federal question involving federal statutes. Peoples Gas is in violation for wrongly charging me for a bill that was in error. My Gas service was shut off May 11, 2016.

5. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 18*
**Veronica Gomez**
**Sr. Vice President & General Counsel**
1. In relation to these unresolved issues of Identity Theft and Mortgage Fraud; I, Trina L. Carpenter informally reported under US Commerce Complaint Number 15-0910 on December 15, 2015 that I saw someone who appears to be a squatter living at 9322 So.

Perry Ave. Chicago Illinois 60620 located next door to my property climbing on the light pole in the alley illegally tampering and tapping the lights. Then this complaint moved for a formal hearing with the Dept. of Commerce on October 18, 2016. At the formal hearing held on October 18, 2016, I most importantly, reported the squatter next door to me who was illegally tampering with the lights. I also informed ComEd that I was on disability and that I am a Victim of Identity Theft & Mortgage Fraud. Under these circumstances, I have been wrongly charged for electric services by ComEd. I was instructed at the formal hearing to submit my evidence by December 7, 2016. I submitted a Police Report with preponderance of evidence proving that I am a Victim of Identity Theft and Mortgage Fraud.

2. At that time, Thomas S. O'Neil was the designated agent for ComEd. Then on December 27, 2016, I received an email from ComEd informing me that Veronica Gomez is the substitute agent for Thomas O'Neil. After this, there were not any more Administrative Hearings scheduled for ComEd under my docket number which is 16-0441. As of June 30, 2017, I received a Notice of filing from ComEd's attorney Rebecca A. Graham of a Notice of Change of Address to Service Lists in ICC Dockets and on August 9, 2017 I received a Notice of Change of Address to ICC Service Lists by Common Wealth Edison Attorney Mark L. Goldstein. The case has not been resolved. I feel that ComEd is in violation for wrongly charging me for electric services under the circumstances that I am a disabled Victim of Mortgage Fraud and Identity Theft in which someone was stealing my electric services.

3. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under

Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 19*
**Danielle ID# DJE96**
**Ford Motor Credit Company**

1.    In relation to issues of Identity Theft and Mortgage Fraud; I, Trina L. Carpenter spoke to Danielle ID# DJE96 of the Ford Motor Credit Company on Thursday, December 1, 2016 at 12:31pm Central Time. Danielle ID# DJE96 admitted that the Ford Motor Credit Company and the Ford Manufacturer could not compensate me with a brand-new vehicle due to GM Financial not following through with their procedures. Danielle further stated that GM Financial never reported my vehicle as a total loss to the insurance company within their company. These violations of not following procedures led to a federal question that involve federal statutes.

2.    Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 20*
**Mr. Lefevour**
**Owner of McCarthy Ford**

1.    In relation to these issues involving Identity Theft; I, Trina L. Carpenter purchased a vehicle at McCarthy Ford on July 2, 2004. The owner of McCarthy Ford Mr. Lefevour violated my civil rights after his employee Louis Minter read me my consumer rights over the telephone in response to an incident that occurred with my vehicle that I reported on February 10, 2015. Louis Minter admitted that my vehicle should be replaced under

the NHTSA Law due to defects that can cause death. Right after Louis Minter read me these rights over the telephone, he asked me for my social security number over the telephone. I stated to Louis Minter that I am not required to give you my social security number over the telephone and you should not be asking me for my social security number after you read me my consumer rights that I can get a replacement vehicle for no cost to the consumer.

2. After I, Trina L. Carpenter would not give Louis Minter my Social Security Number, Mr. Lefevour the Owner of McCarthy Ford stated that he and his employees will not do any more business with me. I questioned, if you all do not want to do anymore business with me then why did Louis Minter ask for my social security number over the telephone? On February 12, 2015; NHTSA received a report of an incident that occurred with my vehicle on February 10, 2015. On February 10, 2015; after igniting my vehicle, smoke was coming from the outside of the vehicle. In addition, the engine warning light illuminated.

3. The vehicle was taken to the dealer where it was diagnosed and it was discovered that the Transmission needed to be replaced. The Vehicle was not repaired. The Manufacturer was made aware of the failure. The Failure Mileage was Unknown. Based upon the NHTSA Report, my privacy rights were somehow violated causing McCarthy Ford to perform unfair and deceptive business practices against me and my family. I based this upon the fact that my vehicle was purchased at McCarthy Ford and later down the line my information was somehow shared with Metro Ford. Metro Ford then got involved with other defendants to performing incidents of deceptive practice of financial identity theft against me and my family.

4.   I, Trina L. Carpenter did not give out any pertinent information to authorize McCarthy Ford or Metro Ford to inquire about me and my family's personal business. After I would not give McCarthy Ford my social security number; somehow, my vehicle was taken away from me while still under NHTSA Case Reference No# 10683088. McCarthy Ford is in violation for not following the correct procedures under the NHTSA Case. McCarthy Ford is also in violation for getting involve with other defendants and sharing my personal information to perform a deceptive practice against me and my family.

5   Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

*Defendant 21*
**Gregory G. Pleska**
**City of Chicago Hearings Administrations**
1.   In relation to the unresolved issues of Identity Theft and Mortgage Fraud, on November 18, 2016 the City of Chicago Department of Administration Hearings Law Judge Gregory G. Pleska failed to follow the correct procedures in accordance to what was previously followed by the last two City Administrative Law Judges on Aug. 13, 2016 and Jun. 11, 2016 in consideration of the preponderance of evidence I presented. These judges previously granted that I owe the City of Chicago $0.00 amount for all fines and penalties.

2.   Instead of Administrative Law Judge Gregory Pleska following the same procedures to granting our debts to be waived to $0.00 amount to the City of Chicago; he conspired against me and my family with the City of Chicago Attorney's Linebarger, Goggan, Blair and Sampson stating that the City of Chicago does not get involve with criminal investigations.

Administrative Law Judge Gregory Pleska fail to follow through with granting me and my family with Restitution to Victims of Crimes.

3. Under Federal Rule 8(a)(2) and 10(b) I plead to be compensated for everything that were taken from us including home, possessions, and vehicles plus a monetary demand. Under Federal Rule 8(a)(3) I sought a relief to be compensated with a brand-new home, brand-new vehicles, and brand-new possessions plus an amount of $12,000,000 and over.

**Towards Resolution:**
1. Under Federal Jurisdiction it was suggested by Experian Fraud Department to reach out to Case Manager towards resolving this case. I, Trina L. Carpenter & Family has reach out to the Identity Theft Resource Center, Federal Housing Administration (FHA), Green Path Program for the Disabled (for Ongoing Financial Counseling), Heartland Health Alliance (Federally Qualified), & Elam Davies Social Center (private organization). Any Suggestions call me at the telephone number below.

Sincerely,                          Dated: September 5, 2017

*Trina L. Carpenter*

Trina L. Carpenter

9320 So. Perry Ave.

Chicago, IL. 60620

(872)731-7282